# APPENDIX A

51443/2756743.1

**Plaintiffs' Requests for Production to Defendants**[1]

1. Documents sufficient to identify all channels by which S.A.D. Products, including Lantus®, are manufactured, distributed, sold and/or marketed in California, including but not limited to documents that identify all responsible organizations and/or entities, and/or any channel involving S.A. US LLC or S.A. US Inc.

2. Documents sufficient to identify all sales of and all revenue associated with S.A.D. Products sold in California in the last 10 years, including annual and cumulative sales revenue, sales volume and revenue on a per product basis, and the percentage of revenue per product attributable to sales in California.

3. Documents sufficient to show the extent of marketing, advertising, and promotion of each S.A.D. Product or services sold in California in the last 10 years, including all efforts to obtain marketing approval from any California government entity for S.A.D. Products or services.

4. All documents that relate to any contact with California by S.A.D.'s past or present board members, officers, directors, partners, employees, sales representatives, or agents, including but not limited to business travel in, from, or to California, involvement in any conference, convention, or trade show in California, and any marketing or sales calls to California.

5. All documents that relate to any agreement or arrangement that relates to any geographic territory that includes California and to which S.A.D. Is a party, including without limitation, the license agreement between Genentech, Inc. And Behringwerke AG effective January 1, 1991, and agreements or arrangements between S.A.D. And any other Sanofi-Aventis entity.

6. Documents sufficient to show the extent of any research, development, studies, tests, trials, or investigations conducted in California with the permission or authorization of S.A.D., for the benefit of S.A.D., or funded by S.A.D.

7. All Documents sent to or received from California by S.A.D., S.A. US LLC, and/or S.A. US

---

[1] The text of these Requests for Production, Rule 30(b)(6) Deposition Topics, and Interrogatories reflects changes made by Plaintiffs, in the course of their conferences with Defendants, to narrow the scope of the requested discovery.

Inc. that relate to enhancers for eukaryotic expression systems, including without limitation, any documents relating to the shipment of enhancers for eukaryotic expression systems to persons in California.

8.  All documents that relate to any Sanofi-Aventis website that is accessible to residents of California that promotes, advertises, and/or facilitates the sale of an S.A.D. Product, including but not limited to:

- any sales leads generated from contacts with California,
- any informational literature about S.A.D. Products sent to California persons,
- any purchases from such websites of S.A.D. Products,
- the ability of any California person to buy, order, or in any way obtain any S.A.D. Products from such websites.

9.  All documents that relate to the relationships between or among S.A.D., on the one hand and S.A. US LLC and/or S.A. US Inc., on the other hand, including without limitation, any agreements or memoranda regarding rights to make, use, or sell products in the United States; the distribution of products in the United States; and intellectual property, including any patent prosecution, assignments, licenses and covenants not sue.

10.  Documents sufficient to identify the organization of Sanofi-Aventis, including but not limited to organizational charts that identify the corporate structures of the Sanofi-Aventis Entities and the interrelationship(s) between them; documents sufficient to identify the structure, organization, and operation of any Sanofi-Aventis committees, including without limitation the Executive Committee and the Management Committee.

11.  Documents sufficient to show all the relationships between S.A.D., S.A. US LLC, and/or S.A. US Inc., including without limitation:

- the indemnification by one entity of debts of another entity;
- use of the same facilities, including offices;
- individuals who have responsibilities for two or more entities;
- jointly maintained corporate records;
- distribution, marketing, manufacturing and/or sales agreements between entities relating to SAD products;
- assignments and/or licenses of intellectual property rights between entities; and

- sharing of revenues, costs, profits, assets, liabilities, responsibilities, rights, and/or obligations between entities.

12. All documents that relate to the ownership, assignment, licensing, procuring, maintenance, policing, defense, and/or enforcement of any of the patents-in-suit, including without limitation documents related to the negotiation, administration, enforcement, and collection of royalties pursuant to any license, including without limitation, the license agreement between Genentech, Inc. and Behringwerke AG effective January 1, 1991.

13. Documents sufficient to show S.A.D.'s, S.A. US LLC's and/or S.A. US Inc.'s ownership, rental, or lease of any real property in California, payment of taxes California, or any use by S.A.D., S.A. US LLC and/or S.A. US Inc. of any government services in California.

14. Documents sufficient to show any lawsuit involving S.A.D., S.A. US LLC and/or S.A. US Inc. that has been filed in or transferred to a court sitting in California.

**Plaintiffs' Rule 30(b)(6) Deposition Topics to Defendants**

1. Any and all contacts between S.A.D. and any person in California, including, but not limited to, any contacts between S.A.D. and:

    - any buyer, potential buyer, distributor, potential distributor in California,
    - any person that sells an S.A.D. Product;
    - any government entity in California;
    - any person that performs or has performed scientific, medical, or pharmaceutical research in California;
    - all meetings, conferences, conventions, trade shows, or events held in California that S.A.D. employees or agents attended as part of their work responsibilities; and
    - all business trips made into California by any S.A.D. employee or agent.

2. All channels by which S.A.D. Products, including Lantus®, are manufactured, distributed, sold and/or marketed in California, including without limitation:

    - all organizations and/or entities responsible for manufacturing;
    - all organizations and/or entities responsible for marketing and/or advertising;
    - all organizations and/or entities responsible for distribution;
    - all organizations and/or entities responsible for sales;
    - any channel involving S.A. US LLC or S.A. US Inc.;
    - any contracts relating to the manufacture, use, distribution, sale and/or marketing, including without limitation contracts to which S.A.D., S.A. US LLC and/or S.A. US Inc. are a party; and
    - all efforts to obtain marketing approval for products or services, including but not limited to pre-clinical or clinical research or other studies.

3. The corporate structure and organization of Sanofi-Aventis, including without limitation:

    - any person that is an employee, manager, agent, director, officer, or executive of S.A.D., S.A. US LLC, or S.A. US Inc., and that also has responsibilities to another Sanofi-Aventis Entity;
    - the structure, organization, and operation of any Sanofi-Aventis committees on which a representative of two or more of the Defendants sits or is involved, including without

limitation, the Executive Committee and the Management Committee; and

- the relationships between S.A.D., S.A. US LLC, and/or S.A. US INC. with regard to procuring, owning, using, maintaining and/or enforcing, intellectual property, including any assignments, licenses and covenants not sue.

4. The relationships between S.A.D., S.A. US LLC, and/or S.A. US INC., including without limitation:

- the indemnification by one entity of debts of another entity;
- use of the same facilities, including offices;
- individuals who have responsibilities for two or more entities;
- jointly maintained corporate records;
- distribution, marketing, manufacturing and/or sales agreements between entities relating to SAD products;
- assignments and/or licenses of intellectual property rights between entities; and
- sharing of revenues, costs, profits, assets, liabilities, responsibilities, rights, and/or obligations between entities.

5. The organization and activities of Sanofi-Aventis's sales force for S.A.D. Products and services in California over the past ten years.

6. All advertising, marketing, or promotion of S.A.D. Products directed to or received by persons in California over the past ten years.

7. All agreements or arrangements that relate to any geographic territory that includes California and to which S.A.D. is a party, including without limitation, the license agreement between Genentech, Inc. and Behringwerke AG effective January 1, 1991, and agreements or arrangements between S.A.D. and any other Sanofi-Aventis Entity.

8. Any product warranties offered by S.A.D. on products sold in California in the past ten years.

9. The activities of any employee, officer, director, partner, sales representative or agent of S.A.D., S.A. US LLC and/or S.A. US Inc. in California who represents S.A.D. and/or sells, markets, and/or advertises S.A.D. Products or S.A.D. services, the nature and timing of their work, and by whom they are employed.

10. All sales and revenue earned by S.A.D., S.A. US LLC and/or S.A. US Inc. that relate to

sales or licensing of S.A.D. Products to California persons, in the last 10 years, including annual and cumulative sales revenue, sales volume and revenue on a per product basis, and the percentage of revenue per product attributable to sales in California.

11.  Any Sanofi-Aventis website that is accessible to residents of California that promotes, advertises, and/or facilitates the sale of an S.A.D. Product, including but not limited to:

- any sales leads generated from contacts with California,
- any informational literature about S.A.D. Products sent to California PERSONS,
- any purchases from such websites of SAD Products,
- the ability of any California person to buy, order, or in any way obtain any S.A.D. Products from such websites.

12.  S.A.D.'s, S.A. US LLC's and/or S.A. US Inc.'s ownership, assignment, procurement, maintenance, policing, defense, enforcement, and/or licensing of the patents-in-suit, including without limitation the negotiation, administration, enforcement, and collection of payments or royalties, and all acts relating to the license agreement between Genentech, Inc. and Behringwerke AG effective January 1, 1991.

13.  S.A.D.'s, S.A. US LLC's and/or S.A. US Inc.'s ownership, rental, or lease of any real property in California, payment of taxes in California, or any use by S.A.D., S.A. US LLC and/or S.A. US Inc. of any government services in California.

14.  Lawsuits involving S.A.D., S.A. US LLC and/or S.A. US Inc. that have been filed in or transferred to a court sitting in California.

**Plaintiffs' Interrogatories to Defendants**

1. Identify all contacts between S.A.D. and S.A.D. Products and California and/or its residents for the last ten years, including but not limited to:

   A. all agreements entered into between S.A.D. and any person located or residing in California, including, but not limited to, all license agreements, purchases, sales, offers for sale or deliveries of any S.A.D. Products or services;

   B. all distribution and sales of S.A.D. Products or services to persons in California, including, but not limited, to sales of products covered by the patents-in-suit;

   C. all advertising, marketing, or promotion of S.A.D. Products or services directed to or received by persons in California;

   D. all research or development of S.A.D. Products or services or other technology in California;

   E. all meetings and communication between S.A.D. and any person located or residing in California;

   F. all efforts by S.A.D. or any Sanofi-Aventis Entity in California to obtain marketing approval in the United States for S.A.D. Products or services, including but not limited to pre-clinical or clinical research or other studies;

   G. the name and location of any property owned, sold, or leased to or by S.A.D. in California, or by another Sanofi-Aventis Entity which property is used in connection with the marketing, distribution or sale of S.A.D. Products;

   H. the name and address of any S.A.D. parent, subsidiary, employee, agent, sales representative, or related entity doing business in California, including but not limited to individuals selling Lantus®;

   I. the case number and jurisdiction of any lawsuit involving S.A.D. that has ever been filed in or transferred to a court sitting in California;

   J. any Sanofi-Aventis websites that are or were accessible to residents of California;

   K. all bank accounts or other financial accounts held in S.A.D.'s name or in another Sanofi-Aventis Entity's name in California that promotes, advertises, and/or facilitates the sale of an S.A.D. Product;

   L. a list of all conferences, conventions, meetings, trade shows, or events held in California

that S.A.D.'s employees or agents attended as part of their work responsibilities.

2. Identify and describe in detail the roles of all Sanofi-Aventis Entities and third parties acting on behalf thereof that are or have been involved in manufacture, sales, marketing, support, service, supply, supervision, review, approval, finance, design, or distribution of S.A.D. Products or services in California for the last ten years; and describe in detail the relationships between S.A.D., on the one hand, and Sanofi-Aventis U.S. LLC or Sanofi-Aventis U.S. Inc., on the other hand, including, without limitation, any agreements, contracts, conduct, or dealings regarding rights to make, use, or sell S.A.D. Products in California; the manufacture, use, distribution, sale and/or marketing of S.A.D. Products in California; and intellectual property including any assignments, licenses and covenants not sue.

3. Describe in detail every contact between S.A.D., S.A. US LLC, and/or S.A. US Inc., on the one hand, and any person in California, on the other, that relates to the patents-in-suit, including without limitation, the license agreement between Genentech, Inc. and Behringwerke AG effective January 1, 1991, including but not limited to identifying any negotiations, meetings, telephone calls, letters, notes, reports, invoices, and/or payments or other communications relating to any license agreement involving the patents-in-suit, or any conception, development, research, reduction to practice, presentations, publications, or dissemination in California of the subject matter of the patents-in-suit.