| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiffs Genentech, Inc. and Biogen Idec Inc. | HARVEY SISKIND LLP<br>D. Peter Harvey (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>Raffi V. Zerounian (State Bar No. 236388)<br>rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>Paul H. Berghoff<br>berghoff@mbhb.com<br>Joshua R. Rich<br>rich@mbhb.com<br>Alison J. Baldwin<br>baldwin@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002<br><br>Attorneys for Defendants Sanofi-Aventis Deutschland GmbH, Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC.,<br><br>　　　　　Defendants. | CASE NO. 3:08-cv-04909-SI<br><br>STIPULATION AND [PROPOSED] ORDER TEMPORARILY VACATING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF JURISDICTION |

Pursuant to Civil Local Rule 6-2, Plaintiffs Genentech, Inc. and Biogen Idec, Inc. and Defendants Sanofi-Aventis Deutschland GmbH ("Sanofi-Aventis Germany"), Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc. jointly request the Court to temporarily vacate the hearing date on Defendants' pending motions to dismiss and to enter the accompanying proposed order.

**1.  Reason for Request**

On October 27, 2008, Plaintiffs filed their Complaint for declaratory judgment that they do not infringe U.S. Patent Nos. 5,849,522 and 6,218,140 and that the patents are invalid. On December 2, 2008, Sanofi-Aventis Germany filed a Motion to Dismiss for Lack of Personal Jurisdiction based on a lack of minimum contacts with the forum. On the same date, Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. Inc. filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim based on a lack of legal interest in the patents-in-suit.

The hearing on Defendants' motions to dismiss is currently set for 9:00 a.m. on Friday, January 30, 2009. Pursuant to Local Rule 7-3, Plaintiffs' oppositions are currently due on January 9, 2009.

Plaintiffs have requested jurisdictional discovery in advance of filing their oppositions to the motions to dismiss; Defendants have consented to allowing certain discovery related to personal jurisdiction and subject matter jurisdiction arising out of the motions. In order to allow Plaintiffs to complete jurisdictional discovery, the parties have reached the agreement set forth above. In particular, Plaintiffs and Defendants agree, if the Court approves, that Plaintiffs would file their opposition brief fourteen (14) calendar days after the close of jurisdictional discovery, and Defendants would file their reply brief seven (7) calendar days after the opposition is filed, and the parties would request from the Court the earliest available hearing date.

**2.  Prior Time Modifications**

The parties previously stipulated to a 15-day extension of time for Defendants to respond to Plaintiffs' complaint. (D.N. 11.) Additionally, by Court order, the Court set the hearing date on Defendants' Motion to Dismiss for January 30, 2009. (D.N. 30.)

3. **Effect of Requested Modification**

The requested extension will have no effect on the rest of the schedule in this action.

So stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE TO AND HEREBY STIPULATE, if agreeable to the Court, to temporarily VACATE the hearing on Defendants' motions to dismiss, which is currently set for 9:00 a.m. on Friday, January 30, 2009, and related opposition and reply briefing deadlines, and to establish deadlines for Plaintiffs' opposition briefs fourteen (14) calendar days after the close of jurisdictional discovery, and Defendants' reply briefs seven (7) calendar days after the opposition is filed, and to jointly request from the Court the earliest available hearing date.

DATED: January 6, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                              By  /s/Gabriel S. Gross
                                  Charles K. Verhoeven
                                  Victoria F. Maroulis
                                  Gabriel S. Gross
                                  Attorneys for Plaintiffs Genentech, Inc. and Biogen Idec Inc.

DATED: January 6, 2009        MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP


                              By  /s/Joshua R. Rich
                                  Paul H. Berghoff
                                  Joshua R. Rich
                                  Alison J. Baldwin
                                  Attorneys for Defendants Sanofi-Aventis Deutschland GmbH, Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc.

I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendants has concurred in this filing.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties and with good cause appearing, the Court (i) vacates the current hearing date and related briefing deadlines for Defendant Sanofi-Aventis Deutschland GmbH's Motion to Dismiss for Lack of Personal Jurisdiction and Defendants Sanofi-Aventis U.S. LLC's and Sanofi-Aventis U.S. Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, (ii) reschedules the deadlines for Plaintiffs to submit opposition briefs no later than 14 calendar days after jurisdictional discovery is completed, and for Defendants to submit reply briefs no later than 7 calendar days after the opposition brief is filed, and (iii) grants the parties leave to request the earliest available hearing date for Defendants' motions to dismiss upon the completion of jurisdictional discovery.

**IT IS SO ORDERED.**

January __, 2009   _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE