| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:    (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California  94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiffs Genentech, Inc. and Biogen Idec Inc. | HARVEY SISKIND LLP<br>  D. Peter Harvey (State Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Raffi V. Zerounian (State Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>  Paul H. Berghoff<br>  berghoff@mbhb.com<br>  Joshua R. Rich<br>  rich@mbhb.com<br>  Alison J. Baldwin<br>  baldwin@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002<br><br>Attorneys for Defendants Sanofi-Aventis Deutschland GmbH, Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC.,<br><br>            Defendants. | CASE NO. 3:08-cv-04909-SI<br><br>STIPULATION AND [PROPOSED] ORDER SHORTENING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS |

Pursuant to Civil Local Rule 6-2, Plaintiffs Genentech, Inc. and Biogen Idec, Inc. and Defendants Sanofi-Aventis Deutschland GmbH ("Sanofi-Aventis Germany"), Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc. jointly request that the Court enter the accompanying proposed order shortening the time for briefing and hearing on Plaintiffs' Motion for Leave to Conduct Limited Discovery to Respond to Defendants' Motions to Dismiss.

1.  <u>Reason for Request</u>

On October 27, 2008, Plaintiffs filed their Complaint for declaratory judgment that they do not infringe U.S. Patent Nos. 5,849,522 and 6,218,140 and that the patents are invalid. On December 2, 2008, Sanofi-Aventis Germany filed a Motion to Dismiss for Lack of Personal Jurisdiction based on a lack of minimum contacts with the forum. On the same date, Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. Inc. filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim based on a lack of legal interest in the patents-in-suit. The hearing on Defendants' motions to dismiss is currently set for 9:00 a.m. on Friday, January 30, 2009. Pursuant to Local Rule 7-3, Plaintiffs' oppositions are currently due on January 9, 2009.

Plaintiffs have requested jurisdictional discovery in advance of filing their oppositions to the motions to dismiss; Defendants have consented to allowing certain discovery related to personal jurisdiction and subject matter jurisdiction arising out of the motions. To allow sufficient time for such jurisdictional discovery, the parties already have stipulated to, and on January 6, 2009 requested that the Court enter an order vacating the January 30, 2009 date for hearing on Defendants' motions to dismiss and related briefing deadlines, and rescheduling the briefing and hearing schedule after the completion of jurisdictional discovery. (D.N. 31.)

The parties have agreed on some, but not all aspects of the scope of permissible jurisdictional discovery. Accordingly, Plaintiffs will be filing today a Motion for Leave to Conduct Limited Discovery to Respond to Defendants' Motions to Dismiss. The parties agree that resolving this motion in an expedited fashion will facilitate the prompt completion of jurisdictional discovery and the resolution of Defendants' motions to dismiss. Therefore, the parties also agree, if the Court approves, that Defendants would file their opposition to Plaintiffs' Motion for Leave

to Conduct Limited Discovery no later than January 23, 2009, Plaintiffs would file their reply no later than January 30, 2009, and the hearing would be scheduled for February 6, 2009.

2. Prior Time Modifications

The parties previously stipulated to a 15-day extension of time for Defendants to respond to Plaintiffs' complaint. (D.N. 11.) Additionally, by Court order, the Court set the hearing date on Defendants' Motion to Dismiss for January 30, 2009. (D.N. 30.) On January 6, the parties separately stipulated to and requested that the Court enter an order vacating the January 30, 2009 hearing date on Defendant Sanofi-Aventis Deutschland GmbH's Motion to Dismiss for Lack of Personal Jurisdiction and Defendants Sanofi-Aventis U.S. LLC's and Sanofi-Aventis U.S. Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim and permitting Plaintiffs to file their brief opposing the Motions to Dismiss fourteen (14) calendar days after the close of jurisdictional discovery, and Defendants would file their reply brief seven (7) calendar days after the opposition is filed, and the parties would request from the Court the earliest available hearing date. (D.N. 31.)

3. Effect of Requested Modification

The requested extension will have no effect on the rest of the schedule in this action.

So stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE AND HEREBY STIPULATE, if agreeable to the Court, to shorten the time for hearing on and briefing of Plaintiffs' Motion for Leave to Conduct Limited Discovery to Respond to Defendants' Motions to Dismiss, such that the hearing would be scheduled for February 6, 2009, with Defendants' brief in opposition due by January 23, 2009 and Plaintiffs' reply due by January 30, 2009.

| | | |
|---|---|---|
| 1 | DATED: January 9, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/Gabriel S. Gross<br>Charles K. Verhoeven |
| 5 | | Victoria F. Maroulis<br>Gabriel S. Gross |
| 6 | | Attorneys for Plaintiffs Genentech, Inc. and Biogen Idec Inc. |
| 7 | DATED: January 9, 2009 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |

By /s/Joshua R. Rich
Paul H. Berghoff
Joshua R. Rich
Alison J. Baldwin
Attorneys for Defendants Sanofi-Aventis Deutschland GmbH, Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. Inc.

I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendants has concurred in this filing.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and with good cause appearing, the Court ORDERS that the time for hearing on and briefing of Plaintiffs' Motion for Leave to Conduct Limited Discovery to Respond to Defendants' Motions to Dismiss be shortened, that the hearing will be held February 6, 2009, Defendants' brief in opposition will be due no later than January 23, 2009, and Plaintiffs' brief in reply will be due no later than January 30, 2009.

**IT IS SO ORDERED.**

January __, 2009



The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

The motion to conduct discovery shall be heard on 2/13/09 @ 9 a.m.