QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
CHARLES K. VERHOEVEN (State Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

VICTORIA F. MAROULIS (State Bar No. 202603)
GABRIEL S. GROSS (State Bar No. 254672)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: victoriamaroulis@quinnemanuel.com
       gabebross@quinnemanuel.com

Attorneys for PLAINTIFFS
GENENTECH, INC. and BIOGEN IDEC INC.

TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
ANNE M. ROGASKI (State Bar No. 184754)
DAVID J. TSAI (State Bar No. 244479)
JAMES D. TARIO (State Bar No. 257783)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jggilliland@townsend.com
       amrogaski@townsend.com
       djtsai@townsend.com
       jdtario@townsend.com

Attorneys for PLAINTIFF BIOGEN IDEC INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC., <br><br> Defendants. | Case No. CV08-4909 SI <br><br> STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIOGEN IDEC INC. AND [PROPOSED] ORDER |

51443/2772852.1

CASE NO. CV08-4909 SI
STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR PLAINTIFF BIOGEN IDEC INC. AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that effective immediately, Biogen Idec Inc. hereby substitutes James G. Gilliland, Jr., David J. Tsai and James D. Tario of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, 94111-3834 (415) 576-0200, and Anne M. Rogaski of Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, CA 94304-1431 (650) 326-2400, as their attorneys of record in this action, in lieu and in place of Charles K. Verhoeven, Victoria F. Maroulis, and Gabriel S. Gross of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111 (415) 875-6600. Please direct all notices, orders and service to the attention of James G. Gilliland, Jr., Anne M. Rogaski, David J. Tsai and James D. Tario of Townsend and Townsend and Crew LLP.

Charles K. Verhoeven, Victoria F. Maroulis, and Gabriel S. Gross of Quinn Emanuel Urquhart Oliver & Hedges, LLP remain attorneys of record in this action for Plaintiff Genentech, Inc.

We consent to the above substitution.

DATED: January 26, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
CHARLES K. VERHOEVEN
VICTORIA F. MAROULIS
GABRIEL S. GROSS

Attorneys for PLAINTIFFS
GENENTECH, INC. and BIOGEN IDEC INC.

-2-
CASE NO. CV08-4909 SI
STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR PLAINTIFF BIOGEN IDEC INC. AND [PROPOSED] ORDER

We accept the above substitution.

DATED: January 27, 2009    TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
JAMES G. GILLILAND, JR.
ANNE M. ROGASKI
DAVID J. TSAI
JAMES D. TARIO

Attorneys for PLAINTIFF
BIOGEN IDEC INC.

DATED: January 27, 2009    BIOGEN IDEC INC.

By: _____
MARTHA BORN

Chief Litigation Counsel for
PLAINTIFF BIOGEN IDEC INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____    _____
UNITED STATES DISTRICT JUDGE

51443/2772852.1

-3-
CASE NO. CV08-4909 SI
STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BIOGEN IDEC INC. AND [PROPOSED] ORDER