UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENETECH, INC., et al.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>          Defendant(s). | No. C08-4909 SI (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

The pending discovery dispute having been referred to me, **IT IS HEREBY ORDERED** that a telephone conference to discuss the status of the dispute is scheduled for **Tuesday, February 17, 2009 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 13, 2009

　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\GENETECH\ORDER SCHEDULING TELEPHONIC DISCOVERY CONF.wpd

1