UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, et al., <br><br> Defendant(s). | No. C08-4909 SI (BZ) <br><br> **INITIAL DISCOVERY ORDER** |

The motion to compel jurisdictional discovery has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a further dispute arises with respect to this motion, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1  parties must participate in a telephone conference with the
2  Court before filing any discovery motions or other papers.
3  The party seeking discovery shall request a conference in a
4  letter filed electronically not exceeding two pages (with no
5  attachments) which briefly explains the nature of the action
6  and the issues in dispute.  Other parties shall reply in
7  similar fashion within two days of receiving the letter
8  requesting the conference.  The Court will contact the parties
9  to schedule the conference.

10     After the conference with the Court, if filing papers is
11 deemed necessary, they should be filed electronically with the
12 Clerk's Office, with one hard copy delivered directly to
13 Magistrate Judge Zimmerman's Chambers (Room 15-6688).  A
14 chambers copy of all briefs shall be submitted on a diskette
15 formatted in WordPerfect or e-mailed to the following
16 address: bzpo@cand.uscourts.gov

17 Dated: February 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\INITIAL DISCOVERY ORDER.wpd