UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>        Defendant(s). | No. C08-4909 SI (BZ)<br><br>**SCHEDULING ORDER** |

    The Court was unable to locate plaintiffs' L.R. 37-2 filing amid the 2 feet of documents that were filed in connection with plaintiffs' motion to compel. The parties are admonished to comply with all governing rules and orders.

    Lacking the L.R. 37-2 filing, it was difficult for the Court to determine which discovery requests plaintiffs needs to oppose the motion to dismiss for lack of subject matter jurisdiction, and to which the U.S. defendants are objecting. A hearing to consider this next stage of discovery, as well as any objections to the tentative ruling on stage one, is scheduled for **Wednesday, March 4, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

1 | Avenue, San Francisco, California 94102.

2 | Dated: February 20, 2009

```
                                    _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge
```

G:\BZALL\-REFS\GENENTECH\SCHEDULING ORDER.wpd