| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | DAVID J. TSAI (State Bar No. 244479) |
| | JAMES D. TARIO (State Bar No. 257783) |
| 3 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 5 | Email: jggilliland@townsend.com |
| |       djtsai@townsend.com |
| 6 |       jdtario@townsend.com |
| 7 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | ANNE M. ROGASKI (State Bar No. 184754) |
| 8 | 379 Lytton Avenue |
| | Palo Alto, CA  94301 |
| 9 | Telephone:  (650) 326-2400 |
| | Facsimile:  (650) 326-2422 |
| 10 | Email: amrogaski@townsend.com |
| 11 | FOLEY HOAG LLP |
| | DONALD R. WARE (Mass. Bar No: 516260) (*pro hac vice*) |
| 12 | CLAIRE LAPORTE (Mass. Bar No: 554979) (*pro hac vice*) |
| | JEREMY A. YOUNKIN (Mass. Bar No. 654047) (*pro hac vice*) |
| 13 | Seaport World Trade Center West |
| | 155 Seaport Boulevard |
| 14 | Boston, MA 02210-2600 |
| | Telephone:  (617) 832-1180 |
| 15 | Facsimile:   (617) 832-7000 |
| | Email: dware@foleyhoag.com |
| 16 |       claporte@foleyhoag.com |
| |       jyounkin@foleyhoag.com |
| 17 | |
| | Attorneys for Plaintiff |
| 18 | BIOGEN IDEC INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GENENTECH, INC., and BIOGEN IDEC INC., | | Case No. CV08-4909 SI (BZ) |
| | Plaintiffs, | **REQUEST TO ATTEND HEARING BY TELEPHONE AND [PROPOSED] ORDER THEREON** |
| v. | | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC., | | Date: March 4, 2009<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Bernard Zimmerman<br>Dept: G, 15th Floor |
| | Defendants. | |

REQUEST TO ATTEND HEARING BY TELEPHONE AND [PROPOSED] ORDER
THEREON - CASE NO. CV08-4909 SI (BZ)        - 1 -

1    A hearing to consider the next stage of discovery in the above-referenced case is scheduled
2    for March 4, 2009 at 10:00 a.m.  Plaintiff BIOGEN IDEC INC. ("BIOGEN IDEC") respectfully
3    requests permission for Jeremy A. Younkin of Foley Hoag LLP, located in Boston, Massachusetts,
4    to participate in this hearing by telephone.

5    BIOGEN IDEC will also be represented in person at the hearing by its local counsel, James
6    G. Gilliland, Jr., of Townsend and Townsend and Crew LLP, whose direct telephone number is
7    (415) 273-7560.  Counsel for BIOGEN IDEC will make arrangements with the Court's
8    teleconference services for the telephonic appearance.

DATED:  February 27, 2009              TOWNSEND AND TOWNSEND AND CREW LLP

                                       By: /s/ Anne M. Rogaski
                                           JAMES G. GILLILAND, JR.
                                           ANNE M. ROGASKI
                                           DAVID J. TSAI
                                           JAMES D. TARIO

                                           Attorneys for Plaintiff
                                           BIOGEN IDEC INC.

### [PROPOSED] ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that BIOGEN IDEC INC.'s counsel may appear at the discovery hearing scheduled for March 4, 2009 at 10:00 a.m. by telephone.  **He may listen but not participate.  The Court does not ordinarily permit telephone appearances on the motion calendar.**

Date: March 2, 2009

                                       _____
                                       Magistrate Judge Bernard Zimmerman
                                       United States District Court

61828082 v1