UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENETECH, INC., et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>       Defendant(s). | No. C08-4909 SI (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the discovery dispute(s) presently at issue is scheduled for **Tuesday, March 24, 2009 at 2:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: March 20, 2009

                             Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\ORDER SCHEDULING TELEPHONIC DISCOVERY CONF2.wpd

1