UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> SANOFI-AVENTIS DEUTSCHLAND ) <br> GMBH, et al., ) <br> ) <br> Defendant(s). ) <br> ─────────────────────────────) | No. C08-4909 SI (BZ) <br><br> **THIRD DISCOVERY ORDER** |

Following a telephone conference at which all parties were represented by counsel, **IT IS HEREBY ORDERED AS FOLLOWS:**

   1. Plaintiffs and defendants will file the necessary documents to support their respective positions on the law regulating the deposition of German citizens by **12:00 p.m on March 25, 2009;**

   2.  Plaintiffs may propound four interrogatories to the domestic Sanofi defendants by **Monday, March 30, 2009** addressing the following issues: (1) the quantity of Sanofi-Aventis Deutschland (S.A.D) product sales in California; (2) which S.A.D products are sold in California; (3) how the S.A.D products are advertised in California; and (4) how the S.A.D

1

products are distributed in California.  Defendants shall answer these interrogatories by **April 3, 2009**;

3. Plaintiffs are **GRANTED** leave to file a motion to compel production with respect to Document Request No. 16.

Dated: March 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\THIRD DISCOVERY ORDER.wpd