1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4    GENENTECH, INC. and BIOGEN IDEC      CASE NO. 3:08-cv-04909-SI
     INC.,
5
                Plaintiffs,              STIPULATION AND [PROPOSED] ORDER
6                                         GRANTING PLAINTIFFS LEAVE TO FILE
           vs.                            THEIR OPPOSITIONS TO DEFENDANTS'
7                                         MOTIONS TO DISMISS AND
     SANOFI-AVENTIS DEUTSCHLAND          CONFIDENTIAL SUPPORTING
8    GMBH, SANOFI-AVENTIS U.S. LLC, and  DOCUMENTS THERETO UNDER SEAL
     SANOFI-AVENTIS U.S. INC.,
9
                Defendants.
10

11

12                 **COUNSEL LISTED ON FOLLOWING PAGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

51443/2894966.2    28

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff Genentech, Inc.

TOWNSEND, TOWNSEND & CREW LLP
  James G. Gilliland (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
  James D. Tario (Bar No. 257783)
  jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware (Mass. Bar No: 516260) (pro
hac vice)
  dware@foleyhoag.com
  Claire Laporte (Mass. Bar No: 554979) (pro
hac vice)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

Attorneys for Plaintiff Biogen Idec Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (State Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (State Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
  Paul H. Berghoff
  berghoff@mbhb.com
  Joshua R. Rich
  rich@mbhb.com
  Alison J. Baldwin
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendants Sanofi-Aventis
Deutschland GmbH, Sanofi-Aventis U.S. LLC,
and Sanofi-Aventis U.S. Inc.

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO
FILE THEIR OPPOSITIONS AND CONFIDENTIAL SUPPORTING DOCUMENTS
THERETO TO DEFENDANTS' MOTIONS TO DISMISS UNDER SEAL
CASE NO. 3:08-cv-04909-SI

51443/2894966.2

1    Pursuant to Local Rule 79-5, the Court's Standing Order, and the Protective Order

2 effective pursuant to Patent L.R. 2-2, the parties hereby stipulate to the filing under seal of

3 Plaintiffs' Opposition to Defendant Sanofi-Aventis Deutschland GmbH's Motion to Dismiss for

4 Lack of Personal Jurisdiction; Plaintiffs' Opposition to U.S. Defendants' Motion to Dismiss for

5 Lack of Subject Matter Jurisdiction and Failure to State a Claim; and all documents designated

6 "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only."

7    These briefs and exhibits include materials that Defendants have designated

8 "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" pursuant to the Protective

9 Order.  Accordingly, the parties request that the Court order that those declaration exhibits so

10 designated and the briefs, which refer to the contents of those exhibits, be filed under seal.

11

12 DATED:  April 24, 2009         QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
13

14
                                  By  /s/Victoria F. Maroulis
15                                    Victoria F. Maroulis
                                      Attorneys for Plaintiff Genentech, Inc.
16
   DATED:  April 24, 2009         FOLEY HOAG LLP
17

18
                                  By  /s/Donald R. Ware
19                                    Attorneys for Plaintiff Biogen Idec Inc.

20

21 DATED:  April 24, 2009         MCDONNELL BOEHNEN
                                  HULBERT & BERGHOFF LLP
22

23
                                  By  /s/Joshua R. Rich
24                                    Joshua R. Rich
                                      Attorneys for Defendants Sanofi-Aventis
25                                    Deutschland GmbH, Sanofi-Aventis U.S. LLC, and
                                      Sanofi-Aventis U.S. Inc.
26

27

51443/2894966.2   28                          -3-
                              STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO
                              FILE THEIR OPPOSITIONS AND CONFIDENTIAL SUPPORTING DOCUMENTS
                              THERETO TO DEFENDANTS' MOTIONS TO DISMISS UNDER SEAL
                              CASE NO. 3:08-cv-04909-SI

1

2          I, Victoria F. Maroulis, am the ECF User whose identification and password are being used

3  to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for

4  Defendants has concurred in this filing.

5

6  DATED:  April 24, 2009               QUINN EMANUEL URQUHART OLIVER &
                                               HEDGES, LLP

7

8                               By   /s/Victoria F. Maroulis
                                  Victoria F. Maroulis

9                                  Attorneys for Plaintiff Genentech, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

51443/2894966.2 28

-4-

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO
FILE THEIR OPPOSITIONS AND CONFIDENTIAL SUPPORTING DOCUMENTS
THERETO TO DEFENDANTS' MOTIONS TO DISMISS UNDER SEAL
CASE NO. 3:08-cv-04909-SI

1

**[PROPOSED] ORDER**

2      Pursuant to the stipulation of the parties and with good cause appearing, the Court

3  GRANTS Plaintiffs leave to file under seal Plaintiffs' Opposition to Defendant Sanofi-Aventis

4  Deutschland GmbH's Motion to Dismiss for Lack of Personal Jurisdiction; Plaintiffs' Opposition

5  to U.S. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State

6  a Claim; and all documents designated "Confidential," "Highly Confidential," and/or "Attorney's

7  Eyes Only."

8

9      **IT IS SO ORDERED.**

10

11

12      April __, 2009                    _____

13                                         The Honorable Susan Illston
                                           UNITED STATED DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

51443/2894966.2  28

-5-