| | |
|---|---|
| 1 | **COUNSEL LISTED** |
| 2 | **ON FOLLOWING PAGES** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC., | Case No.: C 08-04909 SI (BZ) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND CONFIDENTIAL SUPPORTING DOCUMENTS THERETO UNDER SEAL** |
| v. | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC., | |
| Defendants. | Date: June 5, 2009<br>Time: 9:00 a.m.<br>Courtroom 10<br>The Honorable Susan Illston |

STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

CASE NO. C 08-04909 SI (BZ)

| | | |
|---|---|---|
| 1 | **Attorneys for Plaintiff Biogen Idec Inc.** | **Attorneys for Plaintiff Genentech, Inc.:** |
| 2 | TOWNSEND, TOWNSEND & CREW LLP | QUINN EMANUEL URQUHART OLIVER |
|   | James G. Gilliland (Bar No. 107988) | & HEDGES, LLP |
| 3 | jggilliland@townsend.com | Charles K. Verhoeven (Bar No. 170151) |
|   | David J. Tsai (Bar No. 244479) | charlesverhoeven@quinnemanuel.com |
| 4 | djtsai@townsend.com | 50 California Street, 22nd Floor |
| 5 | James D. Tario (Bar No. 257783) | San Francisco, California 94111 |
|   | jdtario@townsend.com | Telephone: (415) 875-6600 |
| 6 | Two Embarcadero Center, Eighth Floor | Facsimile: (415) 875-6700 |
|   | San Francisco, CA 94111 | |
| 7 | Telephone: (415) 576-0200 | Victoria F. Maroulis (Bar No. 202603) |
|   | Facsimile: (415) 576-0300 | victoriamaroulis@quinnemanuel.com |
| 8 | | Gabriel S. Gross (Bar No. 254672) |
| 9 | Anne M. Rogaski (Bar No. 184754) | gabegross@quinnemanuel.com |
|   | amrogaski@townsend.com | 555 Twin Dolphin Drive, Suite 560 |
| 10 | 379 Lytton Avenue | Redwood Shores, California 94065-2139 |
|   | Palo Alto, CA 94301 | Telephone: (650) 801-5000 |
| 11 | Telephone: (650) 326-2400 | Facsimile: (650) 801-5100 |
| 12 | Facsimile: (650) 326-2422 | |
|   | | **Attorneys for Defendants Sanofi-Aventis** |
| 13 | FOLEY HOAG LLP | **Deutschland GmbH, Sanofi-Aventis U.S. LLC,** |
|   | Donald R. Ware (pro hac vice) | **and Sanofi-Aventis U.S. Inc.:** |
| 14 | dware@foleyhoag.com | HARVEY SISKIND LLP |
|   | Claire Laporte (pro hac vice) | D. PETER HARVEY (State Bar No. 55712) |
| 15 | claporte@foleyhoag.com | pharvey@harveysiskind.com |
| 16 | Seaport World Trade Center West | RAFFI V. ZEROUNIAN (State Bar No. 236388) |
|   | 155 Seaport Boulevard | rzerounian@harveysiskind.com |
| 17 | Boston, MA 02210-2600 | Four Embarcadero Center, 39th Floor |
|   | Telephone: (617) 832-1180 | San Francisco, California 94111 |
| 18 | Facsimile: (617) 832-7000 | Telephone: 415-354-0100 |
| 19 | | Facsimile: 415-391-7124 |
| 20 | | MCDONNELL BOEHNEN HULBERT & |
|   | | BERGHOFF LLP |
| 21 | | PAUL H. BERGHOFF (*pro hac vice*) |
|   | | berghoff@mbhb.com |
| 22 | | JOSHUA R. RICH (*pro hac vice*) |
| 23 | | rich@mbhb.com |
|   | | ALISON J. BALDWIN (*pro hac vice*) |
| 24 | | baldwin@mbhb.com |
|   | | JEREMY E. NOE (*pro hac vice*) |
| 25 | | noe@mbhb.com |
|   | | 300 S. Wacker Drive |
| 26 | | Chicago, Illinois 60606 |
| 27 | | Telephone: 312-913-0001 |
|   | | Facsimile: 312-913-0002 |
| 28 | | |

-1-

STIPULATION AND [PROPOSED] ORDER GRANTING          CASE NO. C 08-04909 SI (BZ)
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

1  Pursuant to Local Rule 79-5, the Court's Standing Order, and the Protective Order effective
2  pursuant to Patent L.R. 2-2, the parties hereby stipulate to the filing under seal of (i) Defendant
3  Sanofi-Aventis Deutschland GmbH's Reply in Support of Its Motion to Dismiss For Lack Of
4  Personal Jurisdiction; (ii) Defendants Sanofi-Aventis U.S. LLC's and Sanofi-Aventis U.S. Inc.'s
5  Reply in Support of Their Motion To Dismiss For Lack Of Subject Matter Jurisdiction and Failure
6  To State A Claim; (ii) Exhibits 1-8, 10, 12, 13, and 15-17 to the Declaration of Sydney R. Kokjohn
7  in Support of Sanofi-Aventis Deutschland GmbH's Motion to Dismiss for Lack of Personal
8  Jurisdiction and Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. Inc.'s U.S. Defendants' Motion
9  to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, and (iv) all other
10 documents designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only."

11 These briefs and exhibits include materials that the parties have designated "Confidential,"
12 "Highly Confidential," and/or "Attorney's Eyes Only" pursuant to the Protective Order.
13 Accordingly, the parties request that the Court order that those declaration exhibits so designated and
14 the briefs, which refer to the contents of those exhibits, be filed under seal.

16  Dated: May 8, 2009                                   Respectfully submitted,

                                                        HARVEY SISKIND LLP
                                                        D. PETER HARVEY
                                                        RAFFI V. ZEROUNIAN

                                                        MCDONNELL BOEHNEN
                                                        HULBERT & BERGHOFF LLP
                                                        PAUL H. BERGHOFF
                                                        JOSHUA R. RICH
                                                        ALISON J. BALDWIN
                                                        JEREMY E. NOE

                                                        By: _____/s/_____
                                                              Raffi V. Zerounian

                                                        Attorneys for Defendants
                                                        SANOFI-AVENTIS DEUTSCHLAND
                                                        GMBH, SANOFI-AVENTIS U.S. LLC,
                                                        and SANOFI-AVENTIS U.S. INC.

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING                    CASE NO. C 08-04909 SI (BZ)
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

| | |
|---|---|
| 1 | |
| 2 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | CHARLES K. VERHOEVEN<br>VICTORIA F. MAROULIS |
| 4 | GABRIEL S. GROSS |
| 5 | By:  _____/s/_____ |
| 6 |         Victoria F. Maroulis |
| 7 | Attorneys for Plaintiff<br>GENENTECH, INC. |
| 8 | |
| 9 | TOWNSEND, TOWNSEND & CREW LLP |
| 10 | JAMES G. GILLILAND<br>DAVID J. TSAI |
| 11 | JAMES D. TARIO<br>ANNE M. ROGASKI |
| 12 | |
| 13 | FOLEY HOAG LLP<br>DONALD R. WARE |
| 14 | CLAIRE LAPORTE |
| 15 | By:  _____/s/_____ |
| 16 |         Donald R. Ware |
| 17 | Attorneys for Plaintiff<br>BIOGEN IDEC INC. |

-3-

STIPULATION AND [PROPOSED] ORDER GRANTING CASE NO. C 08-04909 SI (BZ)
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

1     I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to
2 file this document. Pursuant to General Order 45.X.B. I hereby attest that counsel for Plaintiffs has
3 concurred in this filing.

5 Dated: May 8, 2009                         Respectfully submitted,

6                                            HARVEY SISKIND LLP

8                                            By:        /s/
                                                      Raffi V. Zerounian

-4-

STIPULATION AND [PROPOSED] ORDER GRANTING       CASE NO. C 08-04909 SI (BZ)
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS Defendants leave to file under seal (i) Defendant Sanofi-Aventis Deutschland GmbH's Reply in Support of Its Motion to Dismiss For Lack Of Personal Jurisdiction; (ii) Defendants Sanofi-Aventis U.S. LLC's and Sanofi-Aventis U.S. Inc.'s Reply in Support of Their Motion To Dismiss For Lack Of Subject Matter Jurisdiction and Failure To State A Claim; (ii) Exhibits 1-8, 10, 12, 13, and 15-17 to the Declaration of Sydney R. Kokjohn in Support of Sanofi-Aventis Deutschland GmbH's Motion to Dismiss for Lack of Personal Jurisdiction and Sanofi-Aventis U.S. LLC and Sanofi-Aventis U.S. Inc.'s U.S. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, and (iv) all other documents designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only."

IT IS SO ORDERED.

Date:

_____

The Honorable Susan Illston
United States District Court Judge

-5-
STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANTS LEAVE TO FILE REPLIES RE MOTIONS TO DISMISS
AND RELATED DOCUMENTS UNDER SEAL

CASE NO. C 08-04909 SI (BZ)