IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., *et al.*, | No. C 08-4909 SI |
| Plaintiffs, | **ORDER RE MOTIONS TO DISMISS DEFENDANTS SANOFI-AVENTIS US LLC AND SANOFI-AVENTIS US, INC.** |
| v. | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, *et al.*, | |
| Defendants. / | |

Plaintiffs have voluntarily dismissed defendants Sanofi-Aventis US LLC and Sanofi-Aventis US, Inc. Accordingly, the motions to dismiss filed by those two defendants are moot and the hearing on those motions scheduled for July 17, 2009 at 9:00 a.m. is VACATED.

**IT IS SO ORDERED.**

Dated: July 14, 2009

SUSAN ILLSTON
United States District Judge