QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
Attorneys for Plaintiff Genentech, Inc.

FOLEY HOAG LLP
  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)
  dware@foleyhoag.com
  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:    (617) 832-1180
Facsimile:    (617) 832-7000
Attorneys for Plaintiff Biogen Idec Inc.

See signature page for complete list of counsel.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS US LLC, and SANOFI-AVENTIS US INC., <br><br> Defendants. | CASE NO. 3:08-cv-04909-SI <br><br> PLAINTIFFS' NOTICE OF DISMISSAL OF SANOFI-AVENTIS US LLC AND SANOFI-AVENTIS US INC. |

01731.51443/3001627.3

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Genentech, Inc. and Biogen Idec Inc. hereby notice a voluntary dismissal, without prejudice, of their claims against Sanofi-Aventis US LLC and Sanofi-Aventis US, Inc. This Notice of Dismissal is filed and applies only to Sanofi-Aventis US LLC and Sanofi-Aventis US, Inc., not Sanofi-Aventis Deutschland GmbH.

Neither Sanofi-Aventis US LLC nor Sanofi-Aventis US, Inc. have filed an answer in this case as of the filing of this Notice.

DATED: July 10, 2009      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

     By /s/Victoria F. Maroulis
     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Charles K. Verhoeven (Bar No. 170151)
     charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
     San Francisco, California 94111
     Telephone: (415) 875-6600
     Facsimile: (415) 875-6700

     Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
     Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
     555 Twin Dolphin Drive, Suite 560
     Redwood Shores, California 94065-2139
     Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

     Attorneys for Plaintiff Genentech, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 10, 2009 | TOWNSEND TOWNSEND AND CREW LLP |
| 2 | | FOLEY HOAG LLP |

By /s/ Donald R. Ware
TOWNSEND, TOWNSEND & CREW LLP
  James G. Gilliland (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
  James D. Tario (Bar No. 257783)
  jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:    (650) 326-2400
Facsimile:    (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware
  (Mass. Bar No: 516260) (*pro hac vice*)
  dware@foleyhoag.com
  Claire Laporte
  (Mass. Bar No: 554979) (*pro hac vice*)
  claporte@foleyhoag.com
  Jeremy A. Younkin
  (Mass Bar No. 654057) (*pro hac vice*)
  jyounkin@foleyhoag.com
  Marco J. Quina
  (Mass. Bar No: 661660) (*pro hac vice*)
  mquina@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:    (617) 832-1180
Facsimile:    (617) 832-7000

Attorneys for Plaintiff Biogen Idec Inc.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

01731.51443/3001627.3

-2-
PLAINTIFFS' NOTICE OF DISMISSAL OF SANOFI-AVENTIS US LLC AND SANOFI-AVENTIS US INC.
CASE NO. 3:08-cv-04909-SI