QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff Genentech, Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (State Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (State Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
  Paul H. Berghoff
  berghoff@mbhb.com
  Joshua R. Rich
  rich@mbhb.com
  Alison J. Baldwin
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendant Sanofi-Aventis Deutschland GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC., <br><br> Defendants. | CASE NO. C 08-04909 SI <br><br> STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP |

STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP

CASE NO. C 08-04909 SI

# STIPULATION

Plaintiff Genentech, Inc. and Defendant Sanofi-Aventis Deutschland GmbH, pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation and proposed order regarding Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP. The parties now AGREE and STIPULATE as follows:

    a.    Subject to its objections, Genentech shall produce non-privileged documents responsive to Sanofi-Aventis Deutschland's Third Set of Requests for Production on or before October 19, 2009;

    b.    The time for Sanofi-Aventis Deutschland to respond to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be extended by twenty-eight days, from October 16, 2009 to November 13, 2009;

    c.    The time for Genentech to reply in support of its Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be extended by twenty-eight days, from October 23, 2009 to November 20, 2009;

    d.    The hearing on Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be adjourned for twenty-eight days, until December 4, 2009 at 9:00 a.m., or as soon thereafter as may be heard; and

    e.    Sanofi-Aventis Deutschland will not contend that Genentech's motion should be denied due to the extension of time granted in this stipulation.

1.    <u>Reason for Extension of Time</u>

Genentech has sought to disqualify Sanofi-Aventis Deutschland's counsel, McDonnell Boehnen Hulbert and Berghoff LLP, on the basis of Dr. John McDonnell's involvement in an interference proceeding before the U.S. Patent and Trademark Office in 1989 and 1990. Sanofi-Aventis Deutschland does not have access to the documents relating to the interference it believes are required to respond to the motion, which would be held by Genentech or Dr. McDonnell's firm at the time, Allegretti & Witcoff (now Banner & Witcoff). Sanofi-Aventis Deutschland therefore served its Third Set of Requests for Production upon Genentech on September 18, 2009.

01731.51443/3141561.1

-2-

STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING
AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO
DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP

CASE NO. C 08-04909 SI

Genentech filed its Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP on October 1, 2009, set for hearing on November 6, 2009. Pursuant to Civil Local Rule 7-3(a), Sanofi-Aventis Deutschland's Opposition to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP would be due on October 15, 2009, *before* Genentech's response to Sanofi-Aventis Deutschland's Third Set of Requests for Production would be due under Rule 34(b)(2)(A) of the Federal Rules of Civil Procedure. Sanofi-Aventis Deutschland believes that the parties' arguments and Court's decision would be best informed if based on documents responsive to Sanofi-Aventis Deutschland's Third Set of Requests for Production. An extension of time of twenty-eight days for Sanofi-Aventis Deutschland to respond to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP should also allow the parties to resolve any disputes over the production before Sanofi-Aventis Deutschland's opposition would be due. While Genentech disagrees that these documents are necessary to oppose Genentech's motion, it has agreed to the extension.

2.   Prior Time Modifications

The time for Defendants to answer or otherwise respond to the Complaint was previously extended. The briefing and hearing schedule for Defendants' Motions to Dismiss for Lack of Jurisdiction was temporarily vacated.

3.   Effect of Modification

The requested extension will have no effect on the rest of the schedule in this action.

So stipulated.

DATED: October 8, 2009         QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP


                               By   /s/Victoria F. Maroulis
                                   Victoria F. Maroulis
                                   Attorneys for Plaintiff Genentech, Inc.

01731.51443/3141561.1

-3-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING            CASE NO. C 08-04909 SI
AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO
DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP

1 DATED: October 8, 2009                    MCDONNELL BOEHNEN
                                            HULBERT & BERGHOFF LLP
2

3
                                            By  /s/Joshua R. Rich
4                                              Joshua R. Rich
                                               Attorneys for Defendant Sanofi-Aventis
5                                              Deutschland GmbH

6

7

8
       I, Raffi V. Zerounian, am the ECF User whose identification and password are being used
9
to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for
10
Genentech has concurred in this filing.
11

12 DATED: October 8, 2009                    HARVEY SISKIND LLP

13

14                                          By_____/s/_____
                                               Raffi V. Zerounian
15                                             Attorneys for Defendant Sanofi-Aventis
                                               Deutschland GmbH
16

01731.51443/3141561.1

-4-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING          CASE NO. C 08-04909 SI
AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO
DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court ORDERS that:

a. Subject to its objections, Genentech shall produce non-privileged documents responsive to Sanofi-Aventis Deutschland's Third Set of Requests for Production on or before October 19, 2009;

b. The time for Sanofi-Aventis Deutschland to respond to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be extended by twenty-eight days, from October 16, 2009 to November 13, 2009;

c. The time for Genentech to reply in support of its Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be extended by twenty-eight days, from October 23, 2009 to November 20, 2009; and

d. Hearing on Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP will be adjourned for twenty-eight days, until December 18, 2009 at 9:00 a.m.; and

e. Sanofi-Aventis Deutschland will not contend that Genentech's motion should be denied due to the extension of time granted in this stipulation.

**IT IS SO ORDERED.**

October __, 2009

_____
The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE

-5-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE FOR BRIEFING OF GENENTECH'S MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP

CASE NO. C 08-04909 SI

01731.51443/3141561.1