IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., *et al.*, | No. C 08-4909 SI |
| Plaintiffs, | **SUPPLEMENTAL ORDER OF REFERRAL** |
| v. | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, | |
| Defendant. / | |

The Court previously referred a discovery dispute to Magistrate Judge Zimmerman. The Court hereby REFERS all current and future discovery disputes to Magistrate Judge Zimmerman for decision in the first instance.

**IT IS SO ORDERED.**

Dated: November 3, 2009

SUSAN ILLSTON
United States District Judge