UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al., </br>    Plaintiff(s), </br>    v. </br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al., </br>    Defendant(s). | No. C08-4909 SI (BZ) </br></br>**FIFTH DISCOVERY ORDER** |

Following a telephone hearing at which all parties were represented by counsel, **IT IS HEREBY ORDERED** that:

1. All documents that Genentech is currently withholding pending Sanofi-Aventis Deutschland's entry into a confidentiality agreement shall be produced pursuant to Judge Illston's order (Docket No. 163) until the parties agree to a further order. Until then, these documents shall be used for purposes of this litigation only and shall be used only by attorneys. Genentech shall produce these documents by **5:00 p.m. on Monday, November 16, 2009**.

2. Biogen Idec shall produce as may of its documents as it can by **Friday, November 20, 2009** and shall complete

1

production by **Friday, November 27, 2009.**

Dated: November 13, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\DISC ORD 5.wpd