1  COUNSEL LISTED
   ON FOLLOWING PAGE
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC., <br><br> Defendants. <br><br> ──────────────────────── <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, <br><br> Counterplaintiff, <br><br> v. <br><br> GENENTECH, INC. and BIOGEN IDEC INC., <br> Counterdefendants. | CASE NO. C 08-04909 SI (BZ) <br><br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL EXHIBITS 13 AND 22 TO THE DECLARATION OF SYDNEY R. KOKJOHN IN SUPPORT OF SANOFI'S OPPOSITION TO GENENTECH'S MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP** |

-1-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO           CASE NO. C 08-04909 SI (BZ)
FILE UNDER SEAL EXHIBITS 13 AND 22 TO KOKJOHN DECLARATION
IN SUPPORT OF SANOFI'S OPPOSITION TO GENENTECH'S MOTION TO DISQUALIFY

| **Attorneys for Plaintiff Biogen Idec Inc.:** | **Attorneys for Plaintiff Genentech, Inc.:** |
|---|---|
| TOWNSEND, TOWNSEND & CREW LLP<br>James G. Gilliland (Bar No. 107988)<br>jggilliland@townsend.com<br>David J. Tsai (Bar No. 244479)<br>djtsai@townsend.com<br>James D. Tario (Bar No. 257783)<br>jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>Anne M. Rogaski (Bar No. 184754)<br>amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br><br>FOLEY HOAG LLP<br>Donald R. Ware (pro hac vice)<br>dware@foleyhoag.com<br>Claire Laporte (pro hac vice)<br>claporte@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>**Attorneys for Defendant Sanofi-Aventis Deutschland GmbH**<br><br>HARVEY SISKIND LLP<br>D. PETER HARVEY (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: 415-354-0100<br>Facsimile: 415-391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>PAUL H. BERGHOFF (*pro hac vice*)<br>berghoff@mbhb.com<br>JOSHUA R. RICH (*pro hac vice*)<br>rich@mbhb.com<br>ALISON J. BALDWIN (*pro hac vice*)<br>baldwin@mbhb.com<br>JEREMY E. NOE (*pro hac vice*)<br>noe@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312-913-0001<br>Facsimile: 312-913-0002 |

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO  CASE NO. C 08-04909 SI (BZ)
FILE UNDER SEAL EXHIBITS 13 AND 22 TO KOKJOHN DECLARATION
IN SUPPORT OF SANOFI'S OPPOSITION TO GENENTECH'S MOTION TO DISQUALIFY

Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective Order, the parties hereby stipulate to the filing under seal of all documents designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" filed in support of Sanofi's Opposition to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP, namely, Exhibits 13 and 22 to the Declaration of Sydney R. Kokjohn.

These briefs and exhibits may include materials that Genentech has designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" pursuant to the Stipulated Protective Order. Accordingly, the parties request that the Court order that those declaration exhibits so designated be filed under seal.

DATED: November 13, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/Gabriel S. Gross
    Gabriel S. Gross
    Attorneys for Plaintiff/Counterdefendant
    Genentech, Inc.

DATED: November 13, 2009        FOLEY HOAG LLP

By  /s/Jeremy A. Younkin
    Jeremy A. Younkin
    Attorneys for Plaintiff/Counterdefendant
    Biogen Idec Inc.

DATED: November 13, 2009        MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

By  /s/Joshua R. Rich
    Joshua R. Rich
    Attorneys for Defendant/Counterplaintiff
    Sanofi-Aventis Deutschland GmbH

-3-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO                CASE NO. C 08-04909 SI (BZ)
FILE UNDER SEAL EXHIBITS 13 AND 22 TO KOKJOHN DECLARATION
IN SUPPORT OF SANOFI'S OPPOSITION TO GENENTECH'S MOTION TO DISQUALIFY

I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiffs/ Counterdefendants have concurred in this filing.

DATED: November 13, 2009

HARVEY SISKIND LLP

By /s/ Raffi V. Zerounian
   Raffi V. Zerounian
   Attorneys for Defendant/Counterplaintiff
   Sanofi-Aventis Deutschland GmbH

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS Sanofi-Aventis Deutschland GmbH leave to file under seal Exhibits 13 and 22 to the Declaration of Sydney R. Kokjohn filed in support of Sanofi's Opposition to Genentech's Motion to Disqualify McDonnell Boehnen Hulbert and Berghoff LLP.

**IT IS SO ORDERED.**

November __, 2009                    _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE