UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Defendant.<br><br>─────────────────────────<br>SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Counterplaintiff,<br><br>v.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br>Counterdefendants. | CASE NO. 3:08-cv-04909-SI<br>CASE NO. 4:09-cv-04919-CW<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS RELATED TO GENENTECH'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiff Genentech, Inc.<br><br>TOWNSEND, TOWNSEND & CREW LLP<br>  James G. Gilliland (Bar No. 107988)<br>  jggilliland@townsend.com<br>  David J. Tsai (Bar No. 244479)<br>  djtsai@townsend.com<br>  James D. Tario (Bar No. 257783)<br>  jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>  Anne M. Rogaski (Bar No. 184754)<br>  amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 | FOLEY HOAG LLP<br>  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)<br>  dware@foleyhoag.com<br>  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)<br>  claporte@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br><br>Attorneys for Plaintiff Biogen Idec Inc.<br><br>HARVEY SISKIND LLP<br>  D. Peter Harvey (State Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Raffi V. Zerounian (State Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>  Paul H. Berghoff (pro hac vice)<br>  berghoff@mbhb.com<br>  Joshua R. Rich (pro hac vice)<br>  rich@mbhb.com<br>  Alison J. Baldwin (pro hac vice)<br>  baldwin@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002<br><br>Attorneys for Defendant Sanofi-Aventis Deutschland GmbH |

01731.51443/3209362.2

-2-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS RELATED TO GENENTECH'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP
CASE NO. 3:08-cv-04909-SI

1    Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective

2 Order, the parties hereby stipulate to the filing under seal of all documents designated

3 "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" and appended as exhibits to

4 declarations filed in support of Genentech's Reply In Support of Its Motion to Disqualify

5 McDonnell Boehnen Hulbert and Berghoff LLP.

6    These exhibits include materials that Genentech has designated "Confidential," "Highly

7 Confidential," and/or "Attorney's Eyes Only" pursuant to the Stipulated Protective Order.

8 Accordingly, the parties request that the Court order that those declaration exhibits so designated

9 be filed under seal.

10

11 DATED: November 20, 2009         QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
12

13
                                    By  /s/Victoria F. Maroulis
14                                      Victoria F. Maroulis
                                        Attorneys for Plaintiff and Coutnerdefendant
15                                      Genentech, Inc.

16 DATED: November 20, 2009         FOLEY HOAG LLP

17

18                                  By  /s/Jeremy A. Younkin
                                        Jeremy A. Younkin
19                                      Attorneys for Plaintiff and Counterdefendant
                                        Biogen Idec Inc.
20

21 DATED: November 20, 2009         MCDONNELL BOEHNEN
                                    HULBERT & BERGHOFF LLP
22

23
                                    By  /s/Joshua R. Rich
24                                      Joshua R. Rich
                                        Attorneys for Defendant and Counterplaintiff
25                                      Sanofi-Aventis Deutschland GmbH

26

27
28

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendants has concurred in this filing.

DATED: November 20, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Victoria F. Maroulis
    Victoria F. Maroulis
    Attorneys for Plaintiff and Coutnerdefendant
    Genentech, Inc.

01731.51443/3209362.2

-4-

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS RELATED TO GENENTECH'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP
CASE NO. 3:08-cv-04909-SI

1  **[PROPOSED] ORDER**

2 Pursuant to the stipulation of the parties and with good cause appearing, the Court
3 GRANTS the parties leave to file under seal all documents designated "Confidential," "Highly
4 Confidential," and/or "Attorney's Eyes Only" and appended as exhibits to declarations filed in
5 support of Genentech's Reply In Support of Its Motion to Disqualify McDonnell Boehnen Hulbert
6 and Berghoff LLP.

8 **IT IS SO ORDERED.**

11 November __, 2009     _____
12                       The Honorable Susan Illston
                         UNITED STATED DISTRICT JUDGE

01731.51443/3209362.2

-5-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL
CONFIDENTIAL DOCUMENTS RELATED TO GENENTECH'S REPLY IN SUPPORT OF ITS
MOTION TO DISQUALIFY McDONNELL BOEHNEN HULBERT AND BERGHOFF LLP
CASE NO. 3:08-cv-04909-SI