UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>           Plaintiff(s),<br><br>      v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>           Defendant(s). | No. C08-4909 SI (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

The Court having received Genentech's letter dated December 11, 2009, **IT IS ORDERED** as follows:

1. Sanofi-Adventis shall respond by **noon on Tuesday, December 15, 2009.**

2. Whoever has custody of the record of the session at which the parties met and conferred in an effort to resolve this dispute shall lodge a copy of that record with the Court by **noon on Wednesday, December 16, 2009.**

3. A telephone conference to discuss this dispute is scheduled for **Thursday, December 17, 2009 at 10:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic

1

1 | conference call.

2 | Dated: December 14, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\TEL CONF 4.wpd

2