| | |
|---|---|
| HARVEY SISKIND LLP<br>D. PETER HARVEY (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: 415-354-0100<br>Facsimile: 415-391-7124 | McDONNELL BOEHNEN<br>  HULBERT & BERGHOFF LLP<br>PAUL H. BERGHOFF (*pro hac vice*)<br>berghoff@mbhb.com<br>JOSHUA R. RICH (*pro hac vice*)<br>rich@mbhb.com<br>ALISON J. BALDWIN (*pro hac vice*)<br>baldwin@mbhb.com<br>JEREMY E. NOE (*pro hac vice*)<br>noe@mbhb.com<br>AARON F. BARKOFF (*pro hac vice*)<br>barkoff@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312-913-0001<br>Facsimile: 312-913-0002 |

Attorneys for Defendant/Counterplaintiff
SANOFI-AVENTIS DEUTSCHLAND GMBH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC.,<br><br>      Defendants.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH,<br>      Counterplaintiff,<br><br>v.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br>      Counterdefendants. | **Case No.: C 08-04909 SI (BZ)**<br><br>**[PROPOSED] ORDER GRANTING SANOFI'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**Date: December 18, 2009**<br>**Time: 9:00 a.m.**<br>**Courtroom 10**<br>**The Honorable Susan Illston** |

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE SUR-REPLY

CASE NO. C 08-04909 SI (BZ)

1   This Court, having read and considered Sanofi's Motion for Administrative Relief for Leave
2   to File Sur-Reply filed by Sanofi-Aventis Deutschland GmbH ("Sanofi"), hereby states that such
3   motion is **GRANTED**. Sanofi's Sur-Reply is deemed filed *instanter*.
4   **IT IS SO ORDERED**.

6   Dated:

  _____
  The Honorable Susan Illston
  United States District Judge

-1-

[PROPOSED] ORDER GRANTING MOTION FOR                                    CASE NO. C 08-04909 SI (BZ)
LEAVE TO FILE SUR-REPLY