1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5                        SAN FRANCISCO DIVISION
6
7
8   GENENTECH, INC. and BIOGEN IDEC INC.,           )
                                                     )
9            Plaintiffs,                             )   Case No.: 3:08-04909 SI (BZ)
                                                     )
10           v.                                      )
                                                     )   **JOINT STIPULATION AND**
11  SANOFI-AVENTIS DEUTSCHLAND                       )   **[PROPOSED] ORDER ON**
    GMBH, SANOFI-AVENTIS U.S. LLC, and               )   **ALIGNMENT OF THE PARTIES**
12  SANOFI-AVENTIS U.S. INC.,                        )
                                                     )
13           Defendants.                             )
                                                     )
14  SANOFI-AVENTIS DEUTSCHLAND                       )
    GMBH,                                            )
15                                                   )
                                                     )
16           Counterplaintiff,                       )
                                                     )
17           v.                                      )
                                                     )
18  GENENTECH, INC. and BIOGEN IDEC INC.,            )
                                                     )
19           Counterdefendants.                      )
                                                     )
20  SANOFI-AVENTIS DEUTSCHLAND                       )
    GMBH,                                            )
                                                     )   **Case No. 3:09-04919 SI**
21           Plaintiff,                              )
                                                     )
22           v.                                      )
                                                     )
23  GENENTECH, INC. and BIOGEN IDEC INC.,            )
                                                     )
24           Defendants.                             )
25
26
27                    **COUNSEL LISTED ON FOLLOWING PAGE**
28
                                        1

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff Genentech, Inc.

TOWNSEND & TOWNSEND & CREW LLP
  James G. Gilliland, Jr. (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:   (650) 326-2400
Facsimile:   (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)
  dware@foleyhoag.com
  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:   (617) 832-1180
Facsimile:   (617) 832-7000

Attorneys for Plaintiff Biogen Idec Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (State Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (State Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
  Paul H. Berghoff (pro hac vice)
  berghoff@mbhb.com
  Joshua R. Rich (pro hac vice)
  rich@mbhb.com
  Alison J. Baldwin (pro hac vice)
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendant Sanofi-Aventis Deutschland GmbH

**STIPULATION**

Pursuant to Local Rule 7-12, Genentech, Inc. ("Genentech"); Biogen Idec Inc. ("Biogen"); and Sanofi-Aventis Deutschland GmbH ("Sanofi") stipulate as follows:

WHEREAS in Case No. 3:08-cv-04909 SI (BZ), Genentech and Biogen are the plaintiffs asserting declaratory judgment claims of patent invalidity and non-infringement and Sanofi is the sole remaining defendant, asserting claims of patent infringement;

WHEREAS in Case No. Case No. 3:09-04919 SI (originally *Sanofi-Aventis Deutschland GmbH v. Genentech, Inc. and Biogen Idec Inc.*, Civil Action No. 9:08-CV-203 in the U.S. District Court for the Eastern District of Texas), Sanofi is the plaintiff asserting claims of patent infringement against Genentech and Biogen;

WHEREAS this Court may exercise its discretion to align parties as plaintiff and defendant, *see*, *e.g.*, *Plumtree Software, Inc. v. Datamize, LLC*, No. C02-5693, 2003 WL 25841157, at *3 (N.D. Cal. 2003) (Walker, J.); and

WHEREAS the parties have further agreed that Sanofi, being the patent-holder, shall proceed as the Plaintiff in this action and Genentech and Biogen shall proceed as the Defendants;

Genentech, Biogen, and Sanofi respectfully request that the Court enter the following stipulation and proposed order regarding alignment of the parties.  The parties AGREE and STIPULATE, from this point onward:

1. Sanofi should be designated as Plaintiff; and
2. Genentech and Biogen should be designated as Defendants.

So stipulated.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED:  December 10, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By  /s/
   Victoria F. Maroulis
   Attorneys for Genentech, Inc.

DATED:  December 10, 2009    FOLEY HOAG LLP

By  /s/
   Claire Laporte
   Attorneys for Biogen Idec Inc.

DATED:  December 10, 2009    MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

By  /s/
   Joshua R. Rich
   Attorneys for Sanofi-Aventis Deutschland GmbH

I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that the above counsel have concurred in this filing.

DATED:  December 11, 2009    HARVEY SISKIND LLP

By  /s/
   Raffi V. Zerounian
   Attorneys for Sanofi-Aventis Deutschland GmbH

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and with good cause appearing, the Court ORDERS that:

From this point onward:

1. Sanofi-Aventis Deutschland GmbH shall be designated as Plaintiff;

2. Genentech, Inc. and Biogen Idec Inc. shall be designated as Defendants.

All pleadings filed in this case shall reflect this alignment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

        The Honorable Susan Illston
        UNITED STATES DISTRICT JUDGE