| | |
|---|---|
| HARVEY SISKIND LLP<br>  D. Peter Harvey (State Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Raffi V. Zerounian (State Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>  Paul H. Berghoff<br>  berghoff@mbhb.com<br>  Joshua R. Rich<br>  rich@mbhb.com<br>  Alison J. Baldwin<br>  baldwin@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002<br><br>Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Attorneys for Defendant Genentech, Inc.<br><br>FOLEY HOAG LLP<br>  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)<br>  dware@foleyhoag.com<br>  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)<br>  claporte@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br>Attorneys for Defendant Biogen Idec Inc.<br><br>See signature page for complete list of counsel. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>        Plaintiff,<br><br>  vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>        Defendants. | CASE NO. 3:08-cv-04909-SI (BZ)<br>        3:09-cv-04919-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS |

# STIPULATION

Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi") and Defendants Genentech, Inc. and Biogen Idec Inc. ("Defendants"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation and proposed order regarding Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions. The parties now AGREE and STIPULATE as follows:

a. The time for Defendants to respond to Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions will be extended from December 31, 2009 to January 29, 2010;

b. The time for Sanofi to reply in support of its Motion for Leave To Amend Its Pleadings and Infringement Contentions will be extended from January 8, 2010 to February 5, 2010; and

c. The hearing on Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions will be adjourned for twenty-eight days, until February 19, 2010 at 9:00 a.m., or as soon thereafter as may be heard.

1. <u>Reason for Extension of Time</u>

Sanofi brought its Motion for Leave To Amend Its Pleadings and Infringement Contentions on December 18, 2009. (D.N. 148-1.) As currently scheduled, Defendants' opposition is due on December 31, New Year's Eve. Genentech will be closed from December 24 and will only reopen on January 4. Shortly thereafter, Defendants' counsel will be preparing for and taking the depositions of the inventors of the patents-in-suit in Munich, Germany. Defendants therefore requests a four-week extension to provide them adequate time in which to respond to the motion.

2. <u>Prior Time Modifications</u>

The time for Sanofi to answer or otherwise respond to the Complaint was previously extended. The briefing and hearing schedule for Motions to Dismiss for Lack of Jurisdiction brought by Sanofi and its former co-defendants was temporarily vacated. The briefing and

01731.51443/3253279.1

-2-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI

1  hearing schedule for Genentech's Motion To Disqualify McDonnell Boehnen Hulbert and
2  Berghoff LLP was extended by four weeks.
3  3.    Effect of Modification
4     The requested extension will have no effect on the rest of the schedule in this action.
5     So stipulated.

7  DATED: December 22, 2009            QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                                        By  /s/Victoria F. Maroulis
                                          QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
                                            Charles K. Verhoeven (Bar No. 170151)
                                            charlesverhoeven@quinnemanuel.com
                                          50 California Street, 22nd Floor
                                          San Francisco, California 94111
                                          Telephone:    (415) 875-6600
                                          Facsimile:    (415) 875-6700

                                            Victoria F. Maroulis (Bar No. 202603)
                                            victoriamaroulis@quinnemanuel.com
                                            Gabriel S. Gross (Bar No. 254672)
                                            gabegross@quinnemanuel.com
                                          555 Twin Dolphin Drive, Suite 560
                                          Redwood Shores, California 94065-2139
                                          Telephone:    (650) 801-5000
                                          Facsimile:    (650) 801-5100

                                        Attorneys for Defendant Genentech, Inc.

01731.51443/3253279.1

-3-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI

| | |
|---|---|
| 1 | DATED: December 22, 2009        FOLEY HOAG LLP |

By  /s/Jeremy A. Younkin
  TOWNSEND, TOWNSEND & CREW LLP
    James G. Gilliland (Bar No. 107988)
    jggilliland@townsend.com
    David J. Tsai (Bar No. 244479)
    djtsai@townsend.com
    James D. Tario (Bar No. 257783)
    jdtario@townsend.com
  Two Embarcadero Center, Eighth Floor
  San Francisco, CA 94111
  Telephone:   (415) 576-0200
  Facsimile:    (415) 576-0300

    Anne M. Rogaski (Bar No. 184754)
    amrogaski@townsend.com
  379 Lytton Avenue
  Palo Alto, CA 94301
  Telephone:   (650) 326-2400
  Facsimile:    (650) 326-2422

  FOLEY HOAG LLP
    Donald R. Ware
    (Mass. Bar No: 516260) (*pro hac vice*)
    dware@foleyhoag.com
    Claire Laporte
    (Mass. Bar No: 554979) (*pro hac vice*)
    claporte@foleyhoag.com
    Jeremy A. Younkin
    (Mass Bar No. 654057) (*pro hac vice*)
    Marco J. Quina
    (Mass. Bar No: 661660) (*pro hac vice*)
    mquina@foleyhoag.com
  Seaport World Trade Center West
  155 Seaport Boulevard
  Boston, MA 02210-2600
  Telephone:   (617) 832-1180
  Facsimile:    (617) 832-7000

Attorneys for Defendant Biogen Idec Inc.

01731.51443/3253279.1

-4-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI

| | | |
|---|---|---|
| 1 | DATED:  December 22, 2009 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/Joshua R. Rich<br>HARVEY SISKIND LLP |
| 5 | |   D. Peter Harvey (State Bar No. 55712)<br>  pharvey@harveysiskind.com |
| 6 | |   Raffi V. Zerounian (State Bar No. 236388)<br>  rzerounian@harveysiskind.com |
| 7 | | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 8 | | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |
| 9 | | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
| 10 | |   Paul H. Berghoff<br>  berghoff@mbhb.com |
| 11 | |   Joshua R. Rich<br>  rich@mbhb.com |
| 12 | |   Alison J. Baldwin<br>  baldwin@mbhb.com |
| 13 | | 300 S. Wacker Drive<br>Chicago, Illinois 60606 |
| 14 | | Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002 |
| 15 | | |
| 16 | | Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |

01731.51443/3253279.1

-5-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Genentech has concurred in this filing.

DATED:  December 22, 2009  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/Victoria F. Maroulis
Victoria F. Maroulis
Attorneys for Defendant Genentech, Inc.

01731.51443/3253279.1

-6-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court ORDERS that:

a. The time for Defendants to respond to Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions will be extended from December 31, 2009 to January 29, 2010;

b. The time for Sanofi to reply in support of its Motion for Leave To Amend Its Pleadings and Infringement Contentions will be extended from January 8, 2010 to February 5, 2010; and

c. The hearing on Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions will be adjourned for twenty-eight days, until February ~~19~~ 26, 2010 at 9:00 a.m., or as soon thereafter as may be heard.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

December __, 2009

_____
The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE

01731.51443/3253279.1

-7-
STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING AND EXTEND SCHEDULE
FOR BRIEFING OF SANOFI'S MOTION FOR LEAVE TO AMEND
CASE NOS. 3:08-cv-04909-SI (BZ), 3:09-cv-04919-SI