1

2                    **UNITED STATES DISTRICT COURT**

3                  **NORTHERN DISTRICT OF CALIFORNIA**

4                      **SAN FRANCISCO DIVISION**

5
   GENENTECH, INC. and BIOGEN IDEC INC.,
6
7              Plaintiffs,

8              v.
                                                  CASE NO. 3:08-cv-04909-SI
9  SANOFI-AVENTIS DEUTSCHLAND GMBH,              CASE NO. 4:09-cv-04919-SI
   SANOFI-AVENTIS U.S. LLC, and SANOFI-
10 AVENTIS U.S. INC.,                            **STIPULATION AND [PROPOSED]
                                                 ORDER GRANTING LEAVE TO
11             Defendants.                       FILE UNDER SEAL DOCUMENTS
                                                 RELATED TO SANOFI'S MOTION
12 SANOFI-AVENTIS DEUTSCHLAND GMBH,              TO AMEND ITS PLEADINGS AND
                                                 INFRINGEMENT CONTENTIONS**
13             Counterplaintiff,

14             v.

15 GENENTECH, INC. and BIOGEN IDEC INC.,
16             Counterdefendants.

17
   SANOFI-AVENTIS DEUTSCHLAND GMBH,
18
19             Plaintiff,

20             v.

21 GENENTECH, INC. and BIOGEN IDEC INC.,
               Defendants.
22

23                **COUNSEL LISTED ON FOLLOWING PAGE**

24

25

26

27

28

**Attorneys for Biogen Idec Inc.:**

TOWNSEND, TOWNSEND & CREW LLP
James G. Gilliland (Bar No. 107988)
jggilliland@townsend.com
David J. Tsai (Bar No. 244479)
djtsai@townsend.com
James D. Tario (Bar No. 257783)
jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Anne M. Rogaski (Bar No. 184754)
amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
Donald R. Ware (pro hac vice)
dware@foleyhoag.com
Claire Laporte (pro hac vice)
claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

**Attorneys for Genentech, Inc.:**

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

**Attorneys for Sanofi-Aventis Deutschland GmbH:**

HARVEY SISKIND LLP
D. PETER HARVEY (State Bar No. 55712)
pharvey@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  415-354-0100
Facsimile:  415-391-7124

MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
PAUL H. BERGHOFF (*pro hac vice*)
berghoff@mbhb.com
JOSHUA R. RICH (*pro hac vice*)
rich@mbhb.com
ALISON J. BALDWIN (*pro hac vice*)
baldwin@mbhb.com
JEREMY E. NOE (*pro hac vice*)
noe@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone:  312-913-0001
Facsimile:  312-913-0002

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED
TO SANOFI'S MOTION FOR LEAVE TO AMEND ITS
PLEADINGS AND INFRINGEMENT CONTENTIONS

CASE NO. 3:08-cv-04909-SI
CASE NO. 3:09-cv-04919-SI

1    Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective

2 Order, the parties hereby stipulate to the filing under seal of all documents designated

3 "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" and appended as exhibits to

4 declarations filed in support of Sanofi's Motion for Leave to Amend Its Pleadings and

5 Infringement Contentions.

6    The briefs and these appended exhibits include materials that the parties have designated

7 "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" pursuant to the Stipulated

8 Protective Order.  Accordingly, the parties request that the Court order that those declaration

9 exhibits so designated be filed under seal.

10

11 DATED:  December 16, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

12

13                                     By   /s/_____

14                                        Victoria F. Maroulis
                                           Attorneys for Plaintiff/Counterdefendant
15                                        Genentech, Inc.

16 DATED:  December 16, 2009          FOLEY HOAG LLP

17

18                                     By   /s/_____

19                                        Claire L. Laporte
                                           Attorneys for Plaintiff/Counterdefendant
20                                        Biogen Idec Inc.

21 DATED:  December 16, 2009          MCDONNELL BOEHNEN
                                      HULBERT & BERGHOFF LLP
22

23

24                                     By   /s/_____
                                           Joshua R. Rich
25                                        Attorneys for Defendant/Counterplaintiff
                                           Sanofi-Aventis Deutschland GmbH

26

27

28

-3-

1

2   I, Raffi V. Zerounian, am the ECF User whose identification and password are being used

3 to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiffs/

4 Counterdefendants have concurred in this filing.

5

6 DATED:  December 16, 2009   HARVEY SISKIND LLP

7

8        By  /s/ _____

            Raffi V. Zerounian

9           Attorneys for Defendant/Counterplaintiff

           Sanofi-Aventis Deutschland GmbH

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATION AND [PROPOSED] ORDER GRANTING      CASE NO. 3:08-cv-04909-SI
LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED    CASE NO. 3:09-cv-04919-SI
TO SANOFI'S MOTION FOR LEAVE TO AMEND ITS
PLEADINGS AND INFRINGEMENT CONTENTIONS

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal all documents filed in relation to Sanofi's Motion for Leave to Amend Its Pleadings and Infringement Contentions designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only."

**IT IS SO ORDERED.**

December __, 2009

_____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED
TO SANOFI'S MOTION FOR LEAVE TO AMEND ITS
PLEADINGS AND INFRINGEMENT CONTENTIONS

CASE NO. 3:08-cv-04909-SI
CASE NO. 3:09-cv-04919-SI