UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.<br><br>Defendants. | CASE NO. C 08-04909 SI<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL GENENTECH'S OPPOSITION TO SANOFI'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL MEMORANDUM |

**COUNSEL LISTED ON FOLLOWING PAGE**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Genentech, Inc.

TOWNSEND, TOWNSEND & CREW LLP
  James G. Gilliland (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
  James D. Tario (Bar No. 257783)
  jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)
  dware@foleyhoag.com
  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

Attorneys for Defendant Biogen Idec Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (State Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (State Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
  Paul H. Berghoff (pro hac vice)
  berghoff@mbhb.com
  Joshua R. Rich (pro hac vice)
  rich@mbhb.com
  Alison J. Baldwin (pro hac vice)
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH

Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective Order, the parties hereby stipulate to the filing under seal of Genentech's Opposition to Sanofi's Motion for Administrative Relief To File a Supplemental Memorandum, which is designated "Highly Confidential - Attorney's Eyes Only."

Genentech's opposition includes information that Sanofi-Aventis Deutschland GmbH has designated "Highly Confidential - Attorney's Eyes Only" pursuant to the Stipulated Protective Order. Accordingly, the parties request that the Court order that Genentech's Opposition to Sanofi's Motion for Administrative Relief To File a Supplemental Memorandum be filed under seal.

DATED: January 14, 2010  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/Gabriel S. Gross
   Gabriel S. Gross
   Attorneys for Defendant
   Genentech, Inc.

DATED: January 14, 2010  FOLEY HOAG LLP

By  /s/Marco Quina
   Marco Quina
   Attorneys for Defendant
   Biogen Idec Inc.

DATED: January 14, 2010  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

By  /s/Joshua R. Rich
   Joshua R. Rich
   Attorneys for Plaintiff
   Sanofi-Aventis Deutschland GmbH

I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendants has concurred in this filing.

DATED: January 14, 2010     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

         By  /s/ Gabriel S. Gross
             Gabriel S. Gross
             Attorneys for Defendant Genentech, Inc.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal Genentech's Opposition to Sanofi's Motion for Administrative Relief To File a Supplemental Memorandum.

**IT IS SO ORDERED.**

January __, 2010   _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE