UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, SANOFI-AVENTIS U.S. LLC, and SANOFI-AVENTIS U.S. INC.,<br><br>Defendants. | CASE NO. 08-CV-04909-SI<br><br>**[PROPOSED] ORDER GRANTING GENENTECH'S *EX PARTE* APPLICATION FOR AN ORDER TO FILE THE DECLARATION OF STEPHANIE MENDELSOHN UNDER SEAL** |

Having considered Genentech, Inc.'s ("Genentech's") *Ex Parte* Application for an Order Allowing It to File Under Seal the Declaration of Stephanie Mendelsohn In Support of Genentech's Opposition to Sanofi-Aventis Deutschland GmbH's Motion to Compel, and pursuant to the Protective Order entered by this Court on August 8, 2009,

IT IS HEREBY ORDERED that:

The Declaration of Stephanie Mendelsohn In Support of Genentech's Opposition to Sanofi-Aventis Deutschland GmbH's Motion to Compel shall be filed under seal in accordance with Civil L.R. 79-5.

**IT IS SO ORDERED.**

October __, 2009

_____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

01731.51443/3154645.2

Case No. 08-CV-04909-SI
[PROPOSED] ORDER GRANTING GENENTECH'S *EX PARTE* APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL