| | |
|---|---|
| HARVEY SISKIND LLP | McDONNELL BOEHNEN |
| D. PETER HARVEY (State Bar No. 55712) | HULBERT & BERGHOFF LLP |
| pharvey@harveysiskind.com | PAUL H. BERGHOFF (*pro hac vice*) |
| RAFFI V. ZEROUNIAN (State Bar No. 236388) | berghoff@mbhb.com |
| rzerounian@harveysiskind.com | JOSHUA R. RICH (*pro hac vice*) |
| Four Embarcadero Center, 39th Floor | rich@mbhb.com |
| San Francisco, California 94111 | ALISON J. BALDWIN (*pro hac vice*) |
| Telephone:  415-354-0100 | baldwin@mbhb.com |
| Facsimile:  415-391-7124 | JEREMY E. NOE (*pro hac vice*) |
| | noe@mbhb.com |
| | AARON F. BARKOFF *(pro hac vice)* |
| | barkoff@mbhb.com |
| | 300 S. Wacker Drive |
| | Chicago, Illinois 60606 |
| | Telephone:  312-913-0001 |
| | Facsimile:  312-913-0002 |

Attorneys for Plaintiff
SANOFI-AVENTIS DEUTSCHLAND GMBH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>    Defendants. | Case No.: C 3:08-04909 SI (BZ)<br>Case No.: C 3:09-04919 SI<br><br>**[PROPOSED] ORDER GRANTING SANOFI'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL MEMORANDUM** |

1  This Court, having read and considered Sanofi's Motion for Administrative Relief to File a
2  Supplemental Memorandum filed by Sanofi-Aventis Deutschland GmbH ("Sanofi") hereby states
3  that such motion is **GRANTED**.  Sanofi's Supplemental Memorandum is deemed filed *instanter*.

5  **IT IS SO ORDERED.**

7  Date:

   _____
   The Honorable Susan Illston
   United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING SANOFI'S MOTION TO                     CASE NO. C 3:08-04909 SI
FILE A SUPPLEMENTAL MEMORANDUM                                   CASE NO. C 3:09-04919 SI