**IT IS SO ORDERED AS MODIFIED**
*Judge Susan Illston*

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Charles K. Verhoeven (Bar No. 170151)
     charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
     Victoria F. Maroulis (Bar No. 202603)
6    victoriamaroulis@quinnemanuel.com
     Gabriel S. Gross (Bar No. 254672)
7    gabegross@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Attorneys for Defendant Genentech, Inc.

The Court has granted a one week extension on all filings and the hearing will be continued to 3/5/10 at 9:00 a.m.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>            Plaintiff,<br><br>     v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>            Defendants. | CASE NOS.  08-cv-4909-SI (BZ)<br>                       09-cv-4919-SI<br><br>[PROPOSED] ORDER GRANTING GENENTECH'S CIVIL L.R. 6-3 MOTION TO ENLARGE TIME TO OPPOSE SANOFI-AVENTIS DEUTSCHLAND GMBH'S MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS<br><br>**Honorable Susan Illston**<br>**United States District Judge** |

01731.51443/3294973.2

Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
[PROPOSED] ORDER GRANTING GENENTECH'S CIVIL L.R. 6-3 MOTION TO ENLARGE TIME TO OPPOSE SANOFI-AVENTIS DEUTSCHLAND GMBH'S MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

**[PROPOSED] ORDER**

Having considered Genentech, Inc.'s ("Genentech's") Motion to Enlarge Time to Oppose Sanofi-Aventis Deutschland GmbH's ("Sanofi's") Motion for Leave to Amend Its Pleadings and Infringement Contentions and supporting declarations thereto, Sanofi's Opposition and supporting declarations thereto, and with good cause appearing, the Court ORDERS that:

    a.    The hearing on Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions will be adjourned until April 9, 2010 at 9:00 a.m., or as soon thereafter as may be heard;

    b.    Genentech and Biogen Idec Inc. shall file their Opposition to Sanofi's Motion for Leave To Amend Its Pleadings and Infringement Contentions no later than 21 days before the hearing date, pursuant to Civil L.R. 7-3(a); and

    c.    Sanofi shall file its Reply in support of its Motion for Leave To Amend Its Pleadings and Infringement Contentions no later than 14 days before the hearing date, pursuant to Civil L.R. 7-3(c).

**IT IS SO ORDERED.**

January ___, 2010

_____
The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE

01731.51443/3294973.2

-2-   Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
PROPOSED] ORDER GRANTING GENENTECH'S CIVIL L.R. 6-3 MOTION TO ENLARGE TIME TO OPPOSE SANOFI-AVENTIS DEUTSCHLAND GMBH'S MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS