1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                     SAN FRANCISCO DIVISION

6

7

8
SANOFI-AVENTIS DEUTSCHLAND                    CASE NO. C 08-04909 SI (BZ)
9   GMBH,                                          CASE NO. C 09-4919 SI

10          Plaintiff,

11          v.                                     STIPULATION AND [PROPOSED]
                                                   ORDER GRANTING LEAVE TO
12                                                 FILE UNDER SEAL DOCUMENTS
     GENENTECH, INC. AND BIOGEN IDEC              RELATED TO SANOFI'S
13   INC.,                                         OPPOSITION TO GENENTECH'S
                                                   CIVIL L.R. 6-3 MOTION TO
14          Defendants.                            ENLARGE TIME TO OPPOSE
                                                   SANOFI-AVENTIS DEUTSCHLAND
15                                                 GMBH'S MOTION TO AMEND ITS
                                                   PLEADINGS AND INFRINGEMENT
16                                                 CONTENTIONS

17

18               COUNSEL LISTED ON FOLLOWING PAGE

19

20

21

22

23

24

25

26

27

28

1

2

**Attorneys for Biogen Idec Inc.:**

**Attorneys for Genentech, Inc.:**

3
TOWNSEND, TOWNSEND & CREW LLP
James G. Gilliland (Bar No. 107988)
jggilliland@townsend.com

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)

4
David J. Tsai (Bar No. 244479)
djtsai@townsend.com

charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor

5
James D. Tario (Bar No. 257783)
jdtario@townsend.com

San Francisco, California 94111
Telephone: (415) 875-6600

6
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111

Facsimile: (415) 875-6700

7
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com

8

Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com

9
Anne M. Rogaski (Bar No. 184754)
amrogaski@townsend.com
379 Lytton Avenue

555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139

10
Palo Alto, CA 94301
Telephone: (650) 326-2400

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

11
Facsimile: (650) 326-2422

12
FOLEY HOAG LLP

**Attorneys for Sanofi-Aventis Deutschland
GmbH:**

13
Donald R. Ware (pro hac vice)
dware@foleyhoag.com
Claire Laporte (pro hac vice)

HARVEY SISKIND LLP
D. PETER HARVEY (State Bar No. 55712)

14
claporte@foleyhoag.com
Seaport World Trade Center West

pharvey@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)

15
155 Seaport Boulevard
Boston, MA 02210-2600

rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor

16
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

San Francisco, California 94111
Telephone:  415-354-0100
Facsimile:  415-391-7124

17

18

MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP

19

PAUL H. BERGHOFF (*pro hac vice*)
berghoff@mbhb.com

20

JOSHUA R. RICH (*pro hac vice*)
rich@mbhb.com

21

ALISON J. BALDWIN (*pro hac vice*)
baldwin@mbhb.com

22

JEREMY E. NOE (*pro hac vice*)
noe@mbhb.com

23

300 S. Wacker Drive
Chicago, Illinois 60606

24

Telephone:  312-913-0001
Facsimile:  312-913-0002

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED
TO SANOFI'S OPPOSITION TO GENETECH'S CIVIL L.R. 6-3 MOTION
TO ENLARGE TIME TO OPPOSE SANOFI'S MOTION FOR LEAVE
TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

CASE NO. 3:08-cv-04909-SI (BZ)
CASE NO. 3:09-cv-04919-SI

1        Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective

2  Order, the parties hereby stipulate to the filing under seal of all documents designated

3  "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" and appended as exhibits to

4  declarations filed in support of Sanofi's Opposition to Genentech's Civil L.R. 6-3 Motion to

5  Enlarge Time to Oppose Sanofi-Aventis Deutschland GmbH's Motion for Leave to Amend Its

6  Pleadings and Infringement Contentions.

7        The briefs and these appended exhibits may include materials that the parties have

8  designated "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only" pursuant to the

9  Stipulated Protective Order.  Accordingly, the parties request that the Court order that those

10  declaration exhibits so designated be filed under seal.

11  DATED:  January 29, 2010              QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
12

13
                                          By   /s/ Victoria F. Maroulis
14                                            Victoria F. Maroulis
                                              Attorneys for Defendant
15                                            Genentech, Inc.

16  DATED:  January 29, 2010              FOLEY HOAG LLP

17

18
                                          By   /s/ Marco J. Quina
19                                            Marco J. Quina
                                              Attorneys for Defendant
20                                            Biogen Idec Inc.

21

22  DATED:  January 29, 2010              MCDONNELL BOEHNEN
                                          HULBERT & BERGHOFF LLP
23

24
                                          By   /s/ Jeremy E. Noe
25                                            Jeremy E. Noe
                                              Attorneys for Plaintiff
26                                            Sanofi-Aventis Deutschland GmbH

27
                                          -3-
28  STIPULATION AND [PROPOSED] ORDER GRANTING            CASE NO. 3:08-cv-04909-SI (BZ)
    LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED           CASE NO. 3:09-cv-04919-SI
    TO SANOFI'S OPPOSITION TO GENENTECH'S CIVIL L.R. 6-3 MOTION
    TO ENLARGE TIME TO OPPOSE SANOFI'S MOTION FOR LEAVE
    TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

1      I, Raffi V. Zerounian, am the ECF User whose identification and password are being used

2  to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for

3  Defendants have concurred in this filing.

4  DATED:  January 29, 2010                    HARVEY SISKIND LLP

5

6                                        By_____/s/_____

7                                             Raffi V. Zerounian
                                             Attorneys for Plaintiff
8                                             Sanofi-Aventis Deutschland GmbH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-4-

28

1

**[PROPOSED] ORDER**

2    Pursuant to the stipulation of the parties and with good cause appearing, the Court

3    GRANTS the parties leave to file under seal all documents filed in relation to Sanofi's Opposition

4    to Genentech's Civil L.R. 6-3 Motion to Enlarge Time to Oppose Sanofi-Aventis Deutschland

5    Gmbh's Motion for Leave to Amend Its Pleadings and Infringement Contentions designated

6    "Confidential," "Highly Confidential," and/or "Attorney's Eyes Only."

7

8    **IT IS SO ORDERED.**

9

10

11    February __, 2010                    _____

12                                          The Honorable Susan Illston
                                           UNITED STATED DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-5-

28