UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.<br><br>　　　　Defendants. | CASE NO. 08-cv-04909-SI (BZ)<br>CASE NO. 09-cv-04919-SI<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL GENENTECH AND BIOGEN IDEC'S OPPOSITIONS TO SANOFI'S MOTION FOR LEAVE TO AMEND AND CONFIDENTIAL SUPPORTING DOCUMENTS THERETO<br><br>**Honorable Susan Illston**<br>**United States District Judge** |

**COUNSEL LISTED ON FOLLOWING PAGE**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Genentech, Inc.

TOWNSEND, TOWNSEND & CREW LLP
  James G. Gilliland (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
  James D. Tario (Bar No. 257783)
  jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware (Mass. Bar No: 516260) (pro hac vice)
  dware@foleyhoag.com
  Claire Laporte (Mass. Bar No: 554979) (pro hac vice)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

Attorneys for Defendant Biogen Idec Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (State Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (State Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
  Paul H. Berghoff (pro hac vice)
  berghoff@mbhb.com
  Joshua R. Rich (pro hac vice)
  rich@mbhb.com
  Alison J. Baldwin (pro hac vice)
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH

Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective Order, the parties hereby stipulate to the filing of the following under seal: (i) Genentech's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, which is designated "Highly Confidential – Attorneys' Eyes Only"; (ii) Biogen Idec's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, which is designated "Confidential"; and (iii) supporting documents designated "Confidential," "Highly Confidential – Attorneys' Eyes Only," and "Confidential – Outside Counsel's Eyes Only" appended as exhibits to the declarations filed in support of these oppositions.

Genentech and Biogen Idec's oppositions and these supporting documents include information confidential to the parties. Accordingly, the parties request that the Court order that Genentech's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, Biogen Idec's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, and the confidential supporting documents thereto be filed under seal.

DATED: February 12, 2010         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                  By  /s/Victoria F. Maroulis
                                      Victoria F. Maroulis
                                      Attorneys for Defendant
                                      Genentech, Inc.

DATED: February 12, 2010         FOLEY HOAG LLP

                                  By  /s/Marco Quina
                                      Marco Quina
                                      Attorneys for Defendant
                                      Biogen Idec Inc.

1  DATED: February 12, 2010            MCDONNELL BOEHNEN
                                       HULBERT & BERGHOFF LLP
2

3
                                       By  /s/Joshua R. Rich
4                                         Joshua R. Rich
                                          Attorneys for Plaintiff
5                                         Sanofi-Aventis Deutschland GmbH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01731.51443/3323534.1

-4-   Case Nos. 08-cv-04909-SI (BZ), 09-cv-04919-SI
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff concurred in this filing.

DATED:  February 12, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                   By /s/ Victoria F. Maroulis
                                       Victoria F. Maroulis
                                       Attorneys for Defendant Genentech, Inc.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal Genentech's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, Biogen Idec's Opposition to Sanofi's Motion for Leave to Amend Its Pleadings and Contentions, and confidential supporting documents thereto.

**IT IS SO ORDERED.**

February__, 2010        _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE