1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.<br><br>Defendants. | CASE NO. 08-cv-04909-SI (BZ)<br>CASE NO. 09-cv-04919-SI<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF AND SUPPORTING DOCUMENTS<br><br>**Honorable Susan Illston**<br>**United States District Judge** |

**COUNSEL LISTED ON FOLLOWING PAGE**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Genentech, Inc.

TOWNSEND, TOWNSEND & CREW LLP
  James G. Gilliland (Bar No. 107988)
  jggilliland@townsend.com
  David J. Tsai (Bar No. 244479)
  djtsai@townsend.com
  James D. Tario (Bar No. 257783)
  jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

  Anne M. Rogaski (Bar No. 184754)
  amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
  Donald R. Ware (*pro hac vice*)
  dware@foleyhoag.com
  Claire Laporte (*pro hac vice*)
  claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

Attorneys for Defendant Biogen Idec Inc.

HARVEY SISKIND LLP
  D. Peter Harvey (Bar No. 55712)
  pharvey@harveysiskind.com
  Raffi V. Zerounian (Bar No. 236388)
  rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
  Paul H. Berghoff (*pro hac vice*)
  berghoff@mbhb.com
  Joshua R. Rich(*pro hac vice*)
  rich@mbhb.com
  Alison J. Baldwin(*pro hac vice*)
  baldwin@mbhb.com
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH

Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective Order, the parties hereby stipulate to the filing of the following under seal: (i) Defendants' Responsive Claim Construction Brief, which is designated "Highly Confidential – Attorneys' Eyes Only – Restricted"; and (ii) supporting documents designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only – Restricted," or "Confidential – Outside Counsel's Eyes Only" by one or more of the parties.

Defendants' Responsive Claim Construction Brief and supporting documents include information confidential to the parties. Accordingly, the parties request that the Court order that Defendants' Responsive Claim Construction Brief and the confidential supporting documents thereto be filed under seal.

DATED: February 17, 2010        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Victoria F. Maroulis
   Victoria F. Maroulis
   Attorneys for Defendant
   Genentech, Inc.

DATED: February 17, 2010        FOLEY HOAG LLP

By /s/ Claire Laporte
   Claire Laporte
   Attorneys for Defendant
   Biogen Idec Inc.

DATED: February 17, 2010        MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

By /s/ Alison J. Baldwin
   Alison J. Baldwin
   Attorneys for Plaintiff
   Sanofi-Aventis Deutschland GmbH

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Sanofi-Aventis Deutschland GmbH and counsel for Biogen Idec Inc. concurred in this filing.

DATED:  February 17, 2010

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Victoria F. Maroulis
   Victoria F. Maroulis
   Attorneys for Defendant Genentech, Inc.

01731.51443/3329337.1

-4-   Case Nos. 08-cv-04909-SI (BZ), 09-cv-04919-SI
STIPULATION AND [PROPOSED] ORDER RE. FILING UNDER SEAL DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION  BRIEF AND SUPPORTING DOCUMENTS

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal Defendants' responsive claim construction brief and confidential supporting documents thereto.

**IT IS SO ORDERED.**

February__, 2010     _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE