1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SANOFI-AVENTIS DEUTSCHLAND GMBH, | CASE NO. 08-cv-04909-SI (BZ) |
|---|---|
| Plaintiff, | CASE NO. 09-cv-04919-SI |
| vs. | STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL SANOFI'S REPLY CLAIM CONSTRUCTION BRIEF AND SUPPORTING DOCUMENTS |
| GENENTECH, INC. and BIOGEN IDEC INC. | |
| Defendants. | |
| | **Honorable Susan Illston** <br> **United States District Judge** |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | |
|---|---|
| **Attorneys for Sanofi-Aventis Deutschland GmbH:**<br><br>HARVEY SISKIND LLP<br>D. PETER HARVEY (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone:  415-354-0100<br>Facsimile:  415-391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>PAUL H. BERGHOFF (*pro hac vice*)<br>berghoff@mbhb.com<br>JOSHUA R. RICH (*pro hac vice*)<br>rich@mbhb.com<br>ALISON J. BALDWIN (*pro hac vice*)<br>baldwin@mbhb.com<br>JEREMY E. NOE (*pro hac vice*)<br>noe@mbhb.com<br>AARON F. BARKOFF (*pro hac vice*)<br>barkoff@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  312-913-0001<br>Facsimile:  312-913-0002 | **Attorneys for Genentech, Inc.:**<br><br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>**Attorneys for Biogen Idec Inc.:**<br><br>TOWNSEND, TOWNSEND & CREW LLP<br>James G. Gilliland (Bar No. 107988)<br>jggilliland@townsend.com<br>David J. Tsai (Bar No. 244479)<br>djtsai@townsend.com<br>James D. Tario (Bar No. 257783)<br>jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>Anne M. Rogaski (Bar No. 184754)<br>amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br><br>FOLEY HOAG LLP<br>Donald R. Ware (pro hac vice)<br>dware@foleyhoag.com<br>Claire Laporte (pro hac vice)<br>claporte@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000 |

-2-
STIPULATION AND [PROPOSED] ORDER RE. FILING UNDER SEAL  Case No. C 08-04909 SI (BZ)
DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF  Case No. C 09-04919 SI
AND SUPPORTING DOCUMENTS

1  Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective
2 Order, the parties hereby stipulate to the filing of the following under seal: (i) Sanofi's Reply
3 Claim Construction Brief, which includes information designated "Highly Confidential –
4 Attorneys' Eyes Only – Restricted"; and (ii) supporting documents designated as "Confidential,"
5 "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only –
6 Restricted," or "Confidential – Outside Counsel's Eyes Only" by one or more of the parties.
7  Sanofi's Reply Claim Construction Brief and supporting documents include information
8 designated as confidential by the parties.  Accordingly, the parties request that the Court order that
9 Sanofi's Reply Claim Construction Brief and the confidential supporting documents thereto be
10 filed under seal.

11
12 DATED: February 25, 2010         MCDONNELL BOEHNEN
                                    HULBERT & BERGHOFF LLP
13
14                                  By    /s/
                                       Joshua R. Rich
15                                     Attorneys for Plaintiff
                                       Sanofi-Aventis Deutschland GmbH
16
17 DATED: February 25, 2010         QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
18
19
                                    By    /s/
20                                     Gabriel S. Gross
                                       Attorneys for Defendant
21                                     Genentech, Inc.

22 DATED: February 25, 2010         FOLEY HOAG LLP
23
24                                  By    /s/
                                       Marco J. Quina
25                                     Attorneys for Defendant
                                       Biogen Idec Inc.
26
27
28
-3-
STIPULATION AND [PROPOSED] ORDER RE. FILING UNDER SEAL                Case No. C 08-04909 SI (BZ)
 DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF                      Case No. C 09-04919 SI
  AND SUPPORTING DOCUMENTS

1  I, Raffi V. Zerounian, am the ECF User whose identification and password are being used
2 to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for
3 Defendants and Joshua R. Rich have concurred in this filing.

4
5 DATED: February 26, 2010                    HARVEY SISKIND LLP

6
7                                     By  /s/ _____
                                          Raffi V. Zerounian
                                          Attorneys for Plaintiff
8                                         Sanofi-Aventis Deutschland GmbH

11  **[PROPOSED] ORDER**

12  Pursuant to the stipulation of the parties and with good cause appearing, the Court
13 GRANTS the parties leave to file under seal Sanofi's' reply claim construction brief and
14 confidential supporting documents thereto.

16  **IT IS SO ORDERED.**

19  March ___, 2010              _____
20                                The Honorable Susan Illston
                                  UNITED STATED DISTRICT JUDGE