1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| | CASE NO. 08-cv-04909-SI (BZ) |
| | CASE NO. 09-cv-04919-SI |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, | |
| | STIPULATION AND [PROPOSED] |
| Plaintiff, | ORDER GRANTING LEAVE TO FILE |
| | UNDER SEAL DOCUMENTS |
| vs. | RELATED TO SANOFI'S REPLY IN |
| | SUPPORT OF ITS MOTION FOR |
| GENENTECH, INC. and BIOGEN IDEC INC. | LEAVE TO AMEND ITS PLEADINGS |
| | AND INFRINGEMENT |
| Defendants. | CONTENTIONS |
| | |
| | **Honorable Susan Illston** |
| | **United States District Judge** |

                       **COUNSEL LISTED ON FOLLOWING PAGE**

---

STIPULATION AND [PROPOSED] ORDER GRANTING                         CASE NO. 3:08-cv-04909-SI
LEAVE TOFILE UNDER SEAL DOCUMENTS RELATED                         CASE NO. 3:09-cv-04919-SI
TO SANOFI'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO
AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

| | |
|---|---|
| **Attorneys for Sanofi-Aventis Deutschland GmbH:**<br><br>HARVEY SISKIND LLP<br>D. PETER HARVEY (State Bar No. 55712)<br>pharvey@harveysiskind.com<br>RAFFI V. ZEROUNIAN (State Bar No. 236388)<br>rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone:  415-354-0100<br>Facsimile:  415-391-7124<br><br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>PAUL H. BERGHOFF (*pro hac vice*)<br>berghoff@mbhb.com<br>JOSHUA R. RICH (*pro hac vice*)<br>rich@mbhb.com<br>ALISON J. BALDWIN (*pro hac vice*)<br>baldwin@mbhb.com<br>JEREMY E. NOE (*pro hac vice*)<br>noe@mbhb.com<br>AARON F. BARKOFF (*pro hac vice*)<br>barkoff@mbhb.com<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  312-913-0001<br>Facsimile:  312-913-0002 | **Attorneys for Genentech, Inc.:**<br><br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>Gabriel S. Gross (Bar No. 254672)<br>gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>**Attorneys for Biogen Idec Inc.:**<br><br>TOWNSEND, TOWNSEND & CREW LLP James G. Gilliland (Bar No. 107988)<br>jggilliland@townsend.com<br>David J. Tsai (Bar No. 244479)<br>djtsai@townsend.com<br>James D. Tario (Bar No. 257783)<br>jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>Anne M. Rogaski (Bar No. 184754)<br>amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br><br>FOLEY HOAG LLP<br>Donald R. Ware (pro hac vice)<br>dware@foleyhoag.com<br>Claire Laporte (pro hac vice)<br>claporte@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000 |

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO SANOFI'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

CASE NO. 3:08-cv-04909-SI
CASE NO. 3:09-cv-04919-SI

<br>
<br>
<br>
<br>

Case 3:08-cv-04909-SI   Document 328   Filed 03/05/10   Page 3 of 5

Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective Order, the parties hereby stipulate to the filing of the following under seal: (i) Sanofi's Reply in Support of Its Motion for Leave to Amend Its Pleadings and Infringement Contentions, which includes information designated "Highly Confidential – Attorneys' Eyes Only – Restricted"; and (ii) supporting documents designated as "Confidential," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only – Restricted," or "Confidential – Outside Counsel's Eyes Only" by one or more of the parties.

Sanofi's Reply in Support of Its Motion for Leave to Amend Its Pleadings and Infringement Contentions and supporting documents include information confidential to the parties. Accordingly, the parties request that the Court order that Defendants' Responsive Claim Construction Brief and the confidential supporting documents thereto be filed under seal.

DATED:  February 18, 2010            MCDONNELL BOEHNEN
                                     HULBERT & BERGHOFF LLP


                                     By  /s/
                                         Joshua R. Rich
                                         Attorneys for Plaintiff
                                         Sanofi-Aventis Deutschland GmbH


DATED:  February 18, 2010            QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP


                                     By  /s/
                                         Victoria F. Maroulis
                                         Attorneys for Defendant Genentech, Inc.


DATED:  February 18, 2010            FOLEY HOAG LLP


                                     By  /s/
                                         Marco Quina
                                         Attorneys for Defendant
                                         Biogen Idec Inc.

-3-

STIPULATION AND [PROPOSED] ORDER GRANTING            CASE NO. 3:08-cv-04909-SI
LEAVE TOFILE UNDER SEAL DOCUMENTS RELATED            CASE NO. 3:09-cv-04919-SI
TO SANOFI'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO
AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

I, Raffi V. Zerounian, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that Joshua R. Rich and counsel for Defendants have concurred in this filing.

DATED: February 19, 2010                    HARVEY SISKIND LLP


                                            By  /s/
                                               Raffi V. Zerounian
                                               Attorneys for Plaintiff
                                               Sanofi-Aventis Deutschland GmbH

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal Sanofi's Reply in Support of Its Motion for Leave to Amend Its Pleadings and Infringement Contentions and confidential supporting documents thereto.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Susan Illston
UNITED STATED DISTRICT JUDGE

-5-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS RELATED TO SANOFI'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ITS PLEADINGS AND INFRINGEMENT CONTENTIONS

CASE NO. 3:08-cv-04909-SI
CASE NO. 3:09-cv-04919-SI