UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>　　　　　　Defendants. | CASE NO. 08-cv-4909-SI (BZ)<br>CASE NO. 09-cv-4919-SI<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>**Technology Tutorial and Markman Hearing**: March 24 and 25, 2010<br>**Time:** 3:00 p.m. (March 24) and 10:00 a.m. (March 25)<br>**Courtroom 10**<br>**The Honorable Susan Illston** |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | | |
|---|---|---|
| 1 | | |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| 3 |   Charles K. Verhoeven (Bar No. 170151) |   Donald R. Ware (*pro hac vice*) |
| |   charlesverhoeven@quinnemanuel.com |   dware@foleyhoag.com |
| 4 | 50 California Street, 22nd Floor |   Claire Laporte (*pro hac vice*) |
| | San Francisco, California 94111 |   claporte@foleyhoag.com |
| 5 | Telephone: (415) 875-6600 | Seaport World Trade Center West |
| | Facsimile: (415) 875-6700 | 155 Seaport Boulevard |
| 6 | | Boston, MA 02210-2600 |
| |   Victoria F. Maroulis (Bar No. 202603) | Telephone: (617) 832-1180 |
| 7 |   victoriamaroulis@quinnemanuel.com | Facsimile: (617) 832-7000 |
| |   Gabriel S. Gross (Bar No. 254672) | |
| 8 |   gabegross@quinnemanuel.com | Attorneys for Defendant Biogen Idec Inc. |
| | 555 Twin Dolphin Drive, 5th Floor | |
| 9 | Redwood Shores, California 94065-2139 | HARVEY SISKIND LLP |
| | Telephone: (650) 801-5000 |   D. Peter Harvey (Bar No. 55712) |
| 10 | Facsimile: (650) 801-5100 |   pharvey@harveysiskind.com |
| | |   Raffi V. Zerounian (Bar No. 236388) |
| 11 | Attorneys for Defendant Genentech, Inc. |   rzerounian@harveysiskind.com |
| | | Four Embarcadero Center, 39th Floor |
| 12 | TOWNSEND, TOWNSEND & CREW LLP | San Francisco, California 94111 |
| |   James G. Gilliland (Bar No. 107988) | Telephone: (415) 354-0100 |
| 13 |   jggilliland@townsend.com | Facsimile: (415) 391-7124 |
| |   David J. Tsai (Bar No. 244479) | |
| 14 |   djtsai@townsend.com | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
| 15 |   James D. Tario (Bar No. 257783) |   Paul H. Berghoff (*pro hac vice*) |
| |   jdtario@townsend.com |   berghoff@mbhb.com |
| 16 | Two Embarcadero Center, Eighth Floor |   Joshua R. Rich(*pro hac vice*) |
| | San Francisco, CA 94111 |   rich@mbhb.com |
| 17 | Telephone: (415) 576-0200 |   Alison J. Baldwin(*pro hac vice*) |
| | Facsimile: (415) 576-0300 |   baldwin@mbhb.com |
| 18 | | 300 S. Wacker Drive |
| 19 |   Anne M. Rogaski (Bar No. 184754) | Chicago, Illinois 60606 |
| |   amrogaski@townsend.com | Telephone: (312) 913-0001 |
| 20 | 379 Lytton Avenue | Facsimile: (312) 913-0002 |
| | Palo Alto, CA 94301 | |
| 21 | Telephone: (650) 326-2400 | Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |
| 22 | Facsimile: (650) 326-2422 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS HEREBY ORDERED**:

1.  Defendants Genentech, Inc. and Biogen Idec Inc. and Plaintiff Sanofi-Aventis Deutschland GmbH, and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, and various cables, cords and power strips and related equipment into the courtroom for use at the technology tutorial on March 24, 2010 and the Markman hearing on March 25, 2010; and

2.  Beginning at 4:00 p.m. on Monday, March 22, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the technology tutorial and Markman hearing as scheduled.

Dated: March __, 2010     _____
                          The Honorable Susan Illston
                          United States District Court Judge