**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., *et al.*, | No. C 08-4909 SI; No. C 09-4919 SI |
| Plaintiffs, | **ORDER RESCHEDULING TUTORIAL, CASE MANAGEMENT CONFERENCE AND *MARKMAN* HEARING** |
| v. | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, | |
| Defendant. | |

A tutorial and case management conference are scheduled for March 24, 2010, and a *Markman* hearing is scheduled for March 25, 2010. The Court reschedules the tutorial and case management conference to April 14, 2010 at 4:00 pm, and the *Markman* hearing for April 15, 2010 at 4:00 pm.

**IT IS SO ORDERED.**

Dated: March 19, 2010

SUSAN ILLSTON
United States District Judge