UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>　　　　Defendants. | CASE NO. 08-cv-4909-SI (BZ)<br>CASE NO. 09-cv-4919-SI<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>**Technology Tutorial and Markman Hearing**: May 10 and 11, 2010<br>**Time:** 3:30 p.m. (May 10) and 3:30 p.m. (May 11)<br>**Courtroom 10**<br>**The Honorable Susan Illston** |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | | |
|---|---|---|
| 1 | | |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| | Charles K. Verhoeven (Bar No. 170151) | Donald R. Ware (*pro hac vice*) |
| 3 | charlesverhoeven@quinnemanuel.com | dware@foleyhoag.com |
| 4 | 50 California Street, 22nd Floor | Claire Laporte (*pro hac vice*) |
| | San Francisco, California  94111 | claporte@foleyhoag.com |
| 5 | Telephone: (415) 875-6600 | Seaport World Trade Center West |
| | Facsimile: (415) 875-6700 | 155 Seaport Boulevard |
| 6 | | Boston, MA 02210-2600 |
| 7 | Victoria F. Maroulis (Bar No. 202603) | Telephone: (617) 832-1180 |
| | victoriamaroulis@quinnemanuel.com | Facsimile: (617) 832-7000 |
| 8 | Gabriel S. Gross (Bar No. 254672) | |
| | gabegross@quinnemanuel.com | Attorneys for Defendant Biogen Idec Inc. |
| 9 | 555 Twin Dolphin Drive, 5th Floor | |
| | Redwood Shores, California  94065-2139 | HARVEY SISKIND LLP |
| 10 | Telephone: (650) 801-5000 | D. Peter Harvey (Bar No. 55712) |
| | Facsimile: (650) 801-5100 | pharvey@harveysiskind.com |
| 11 | Attorneys for Defendant Genentech, Inc. | Naomi Jane Gray (State Bar No. 230171) |
| | | ngray@harveysiskind.com |
| 12 | TOWNSEND, TOWNSEND & CREW LLP | Raffi V. Zerounian (Bar No. 236388) |
| | James G. Gilliland (Bar No. 107988) | rzerounian@harveysiskind.com |
| 13 | jggilliland@townsend.com | Four Embarcadero Center, 39th Floor |
| 14 | James D. Tario (Bar No. 257783) | San Francisco, California 94111 |
| | jdtario@townsend.com | Telephone: (415) 354-0100 |
| 15 | Two Embarcadero Center, Eighth Floor | Facsimile: (415) 391-7124 |
| | San Francisco, CA 94111 | |
| 16 | Telephone: (415) 576-0200 | FITZPATRICK, CELLA, HARPER & SCINTO |
| | Facsimile: (415) 576-0300 | William E. Solander (admitted pro hac vice) |
| 17 | | wsolander@fchs.com |
| 18 | Anne M. Rogaski (Bar No. 184754) | Dominick A. Conde (admitted pro hac vice) |
| | amrogaski@townsend.com | dconde@fchs.com |
| 19 | 379 Lytton Avenue | Peter D. Shapiro (admitted pro hac vice) |
| | Palo Alto, CA 94301 | pshapiro@fchs.com |
| 20 | Telephone: (650) 326-2400 | Joshua A. Davis (admitted pro hac vice) |
| | Facsimile: (650) 326-2422 | jdavis@fchs.com |
| 21 | | 1290 Avenue of the Americas |
| 22 | | New York, New York 10104 |
| | | Telephone: 212-218-2100 |
| 23 | | Facsimile: 212-218-2200 |
| 24 | | Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS HEREBY ORDERED**:

1. Defendants Genentech, Inc. and Biogen Idec Inc. and Plaintiff Sanofi-Aventis Deutschland GmbH, and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, and various cables, cords and power strips and related equipment into the courtroom for use at the technology tutorial on May 10, 2010 and the Markman hearing on May 11, 2010; and

2. Beginning at 4:00 p.m. on Friday, May 7, 2010 the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the technology tutorial and Markman hearing as scheduled.

Dated: May 6, 2010            _____
                                               The Honorable Susan Illston
                                               United States District Court Judge