UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SANOFI-AVENTIS DEUTSCHLAND GMBH,

Plaintiff,

v.

GENENTECH, INC. AND BIOGEN IDEC INC.,

Defendants.

CASE NO. 08-cv-4909-SI (BZ)
CASE NO. 09-cv-4919-SI

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM

**Technology Tutorial and Markman Hearing**: May 11, 2010
**Time:** 9:00 a.m.
**Courtroom 10**
**The Honorable Susan Illston**

**COUNSEL LISTED ON FOLLOWING PAGE**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Genentech, Inc.

TOWNSEND, TOWNSEND & CREW LLP
James G. Gilliland (Bar No. 107988)
jggilliland@townsend.com
James D. Tario (Bar No. 257783)
jdtario@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Anne M. Rogaski (Bar No. 184754)
amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

FOLEY HOAG LLP
Donald R. Ware (*pro hac vice*)
dware@foleyhoag.com
Claire Laporte (*pro hac vice*)
claporte@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1180
Facsimile: (617) 832-7000

Attorneys for Defendant Biogen Idec Inc.

HARVEY SISKIND LLP
D. Peter Harvey (Bar No. 55712)
pharvey@harveysiskind.com
Naomi Jane Gray (State Bar No. 230171)
ngray@harveysiskind.com
Raffi V. Zerounian (Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

FITZPATRICK, CELLA, HARPER & SCINTO
William E. Solander (admitted pro hac vice)
wsolander@fchs.com
Dominick A. Conde (admitted pro hac vice)
dconde@fchs.com
Peter D. Shapiro (admitted pro hac vice)
pshapiro@fchs.com
Joshua A. Davis (admitted pro hac vice)
jdavis@fchs.com
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-218-2100
Facsimile: 212-218-2200

Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH

**IT IS HEREBY ORDERED**:

1. Defendants Genentech, Inc. and Biogen Idec Inc. and Plaintiff Sanofi-Aventis Deutschland GmbH, and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, and various cables, cords and power strips and related equipment into the courtroom for use at the technology tutorial and the Markman hearing on May 11, 2010; and

2. Beginning at 3:30 p.m. on Monday, May 10, 2010 the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the technology tutorial and Markman hearing as scheduled.

Dated: May __, 2010

The Honorable Susan Illston
United States District Court Judge