UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND, GMBH,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>Defendants and Counterclaimants. | CASE NOS.   08-cv-4909-SI (BZ),<br>                        09-cv-4919-SI<br><br>[~~PROPOS~~ED] ORDER DENYING SANOFI'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER<br><br>Honorable Susan Illston |

01731.51443/3570458.1

Case Nos. 08-cv-4909-SI (BZ), 09-cv-4919-SI
[PROPOSED] ORDER DENYING SANOFI'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

**[PROPOSED] ORDER**

Having considered Plaintiff Sanofi-Aventis Deutschland GmBH's Motion for Leave to File Motion for Reconsideration of Claim Construction Order, all declarations cited therein, and all pleadings and other papers in support thereof, and Defendants Genentech, Inc. and Biogen Idec Inc.'s Opposition thereto, and all pleadings and other papers in support thereof, the Court concludes that good cause does not exist for Sanofi's Motion.  The Court therefore ORDERS that Sanofi's motion is DENIED.

**IT IS SO ORDERED.**

Dated:  July __, 2010

_____
The Honorable Susan Illston
United States District Court Judge

01731.51443/3570458.1

-2-   Case Nos. 08-cv-4909-SI (BZ), 09-cv-4919-SI
[[PROPOSED] ORDER DENYING SANOFI'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION