UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SANOFI-AVENTIS DEUTSCHLAND GMBH, et al., <br><br> Defendant(s). | No. C08-4909 SI (BZ) <br><br> **SCHEDULING ORDER** |

In as much as the parties do not wish to talk with the Court tomorrow morning, **IT IS HEREBY ORDERED** as follows:

1. The telephone conference scheduled for tomorrow, August 5, 2010 at 9:00 a.m. is **VACATED**.

2. I do not see much hope in resolving this dispute informally. If the parties differ, I would be willing to schedule another telephone conference if there is a joint request, but it will occur sometime in September.

3. Absent that, Sanofi-Adventis is give leave to file a motion to compel, Genentech to produce the cell sample. The motion shall be filed by **September 1, 2010.** The opposition shall be filed by **September 20, 2010** and the reply by

1

**September 30, 2010**.

4. If the Court concludes that argument is required, it will occur on **Wednesday, October 27, 2010 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

5. The parties are cautioned that the Court expects all statements of fact to be supported by declarations containing competent evidence for which a proper foundation has been laid. For example, Sanofi states in its letter that it "has a good faith belief that Genentech incorporated the patented enhancer technology into the cells used to produce Avastin®." That seems to be the principal justification for the need to test the cells. Sanofi will have to explain the basis for its belief. Likewise, Genentech states that Sanofi's tests "would not detect whether the HCMV DNA is part of an 'extra chromosomol' molecule" and makes other representations in support of its position that this test will add nothing to what has already been produced. The Court expects these statements to be supported by competent evidence. Declarations of counsel containing heresay are not likely to be given much weight.

Dated: August 4, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\SCHEDULING ORDER.wpd

2