1  Counsel Listed on Following Page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

13  SANOFI-AVENTIS DEUTSCHLAND            CASE NOS.  08-cv-4909-SI (BZ),
    GMBH,                                            09-cv-4919-SI
14
                Plaintiff,
15                                        STIPULATION AND [PROPOSED] ORDER
        vs.                               CONTINUING ADR DEADLINE
16
    GENENTECH, INC. and BIOGEN IDEC       [Civil L.R. 6-1, 6-2]
17  INC.,
                                          Honorable Susan Illston
18              Defendants.               United States District Judge

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendant Genentech, Inc.<br><br>TOWNSEND, TOWNSEND & CREW LLP<br>  James G. Gilliland (Bar No. 107988)<br>  jggilliland@townsend.com<br>  David J. Tsai (Bar No. 244479)<br>  djtsai@townsend.com<br>  James D. Tario (Bar No. 257783)<br>  jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>  Anne M. Rogaski (Bar No. 184754)<br>  amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 | FOLEY HOAG LLP<br>  Donald R. Ware (*pro hac vice*)<br>  dware@foleyhoag.com<br>  Claire Laporte (*pro hac vice*)<br>  claporte@foleyhoag.com<br>  Jeremy A. Younkin<br>  jyounkin@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br><br>Attorneys for Defendant Biogen Idec Inc.<br><br>HARVEY SISKIND LLP<br>  D. Peter Harvey (Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Naomi Jane Gray<br>  ngray@harveysiskind.com<br>  Raffi V. Zerounian (Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>FITZPATRICK, CELLA, HARPER & SCINTO<br>  William E. Solander (admitted pro hac vice)<br>  wsolander@fchs.com<br>  Dominick A. Conde (admitted pro hac vice)<br>  dconde@fchs.com<br>  Peter D. Shapiro (admitted pro hac vice)<br>  pshapiro@fchs.com<br>  Joshua A. Davis (admitted pro hac vice)<br>  jdavis@fchs.com<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: 212-218-2100<br>Facsimile: 212-218-2200<br><br>Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi") and Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen") respectfully request that the Court enter the following stipulation regarding the deadline for conducting ADR. The parties now AGREE AND STIPULATE to extend the deadline for the parties to conduct an ADR from August 23, 2010 to October 31, 2010.

1. <u>Reason for the Request</u>

In its Order Selecting ADR Process (D.N. 74), the Court directed the parties to conduct a private ADR session 60 days after the entry of a Markman order. The parties request additional time to select an appropriate mediator for this dispute.

2. <u>Prior Time Modifications</u>

The time for Sanofi to answer or otherwise respond to the Complaint was previously extended. The briefing and hearing schedule for Motions to Dismiss for Lack of Jurisdiction brought by Sanofi and its former co-defendants was temporarily vacated. The briefing and hearing schedule for Genentech's Motion To Disqualify McDonnell Boehnen Hulbert and Berghoff LLP was extended by four weeks. The briefing and hearing schedule for Sanofi's Motion for Leave to Amend Its Pleadings and Infringement Contentions was previously extended by five weeks and then extended again by seven weeks. The Markman hearing and tutorial were previously continued by 45 days.

3. <u>Effect of Requested Modification</u>

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

1  DATED: August 4, 2010   HARVEY SISKIND LLP
2              FITZPATRICK, CELLA, HARPER & SCINTO

             By /s/William E. Solander
              William E. Solander
              Attorneys for Plaintiff Sanofi-Aventis
              Deutschland GmbH

DATED: August 4, 2010   QUINN EMANUEL URQUHART &
             SULLIVAN, LLP

             By /s/Victoria F. Maroulis
              Victoria F. Maroulis
              Attorneys for Defendant Genentech, Inc.

DATED: August 4, 2010   TOWNSEND TOWNSEND AND CREW LLP
             FOLEY HOAG LLP

             By /s/Claire Laporte
              Claire Laporte
              Attorneys for Defendant Biogen Idec Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August __, 2010   _____
              Susan Illston
              United States District Court Judge

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff has concurred in this filing.

DATED:  August 4, 2010            QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                  By /s/Victoria F. Maroulis
                                     Victoria F. Maroulis
                                     Attorneys for Defendant Genentech, Inc.