HARVEY SISKIND LLP
D. PETER HARVEY (State Bar No. 55712)
pharvey@harveysiskind.com
NAOMI JANE GRAY (State Bar No. 230171)
ngray@harveysiskind.com
RAFFI V. ZEROUNIAN (State Bar No. 236388)
rzerounian@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: 415-354-0100
Facsimile: 415-391-7124

FITZPATRICK, CELLA, HARPER & SCINTO
WILLIAM E. SOLANDER (admitted *pro hac vice*)
wsolander@fchs.com
DOMINICK A. CONDE (admitted *pro hac vice*)
dconde@fchs.com
PETER D. SHAPIRO (admitted *pro hac vice*)
pshapiro@fchs.com
JOSHUA A. DAVIS (admitted *pro hac vice*)
jdavis@fchs.com
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-218-2100
Facsimile: 212-218-2200
Attorneys for Plaintiff
SANOFI-AVENTIS DEUTSCHLAND GMBH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>Defendants. | **Case No.: C 08-04909 SI (BZ)**<br>**Case No.: C 09-04919 SI**<br><br>**[PROPOSED] ORDER GRANTING SANOFI-AVENTIS DEUTSCHLAND GMBH'S MOTION TO ADJOURN HEARING FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT UNDER LOCAL RULE 6-3** |

**[PROPOSED] ORDER**

Having considered Plaintiff Sanofi-Aventis Deutschland GmbH's Motion to Adjourn Hearing for Defendants' Motions for Summary Judgment Under Local Rule 6-3, all declarations cited therein, and all pleadings and other papers in support thereof, as well as any oppositions filed by Defendants, and with good cause appearing, the Court ORDERS that:

a. The hearing on the Motion for Summary Judgment of Invalidity for Lack of Written Description filed by Biogen Idec Inc. ("Biogen") and the Motion for Summary Judgment of Non-Infringement filed by Genentech, Inc. ("Genentech") will be adjourned until ~~October 8, 2010 at 9:00 a.m.~~ Oct. 26, 2010, at 11 a.m.;

b. Sanofi shall file its Opposition to Motion for Summary Judgment of Invalidity for Lack of Written Description and Opposition to Motion for Summary Judgment of Non-Infringement no later than September 16, 2010; and

c. Biogen shall file its Reply in support of its Motion for Summary Judgment of Invalidity for Lack of Written Description and Genentech shall file its Reply in support of its Motion for Summary Judgment of Non-Infringement, if any, no later than September 23, 2010.

**IT IS SO ORDERED.**

Dated: August __, 2010

The Honorable Susan Illston
United States District Court Judge