UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>    Defendants and Counterclaimants. | CASE NOS.  08-cv-4909-SI (BZ)<br>                       09-cv-4919-SI<br><br>[PROPOSED] ORDER GRANTING SANOFI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

01731.51443/3669857.1

Case Nos. 08-cv-04909-SI, 09-cv-04919-SI
[PROPOSED] ORDER GRANTING SANOFI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**[PROPOSED] ORDER**

Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi") has filed Sanofi's Administrative Motion to File Documents Under Seal ("Administrative Motion"). The Administrative Motion requests that portions of Sanofi's Motion to Compel Production of Avastin® Samples ("Motion to Compel") and Exhibits J, M, and O attached to the Declaration of Joshua A. Davis in Support of the Motion to Compel ("Davis Declaration"), be filed under seal because they contain information designated by Genentech, Inc. ("Genentech") as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this action or "Restricted Information" under the Confidentiality Agreement in force in the parallel arbitration, ICC Case No. 15900/JHN, Hoechst GmbH (Germany) v. Genentech, Inc. (U.S.A.).

Sanofi has filed the declaration required under Local Rule 79-5 to provide evidence of good cause for this Court to permit filing under seal. That declaration establishes that Genentech has designated the information in the above documents as confidential under the Protective Order in this action and under the Confidentiality Agreement in force in the parallel ICC arbitration.

Defendant Genentech thereafter filed the declaration required by Local Rule 79-5(d). That declaration establishes that the below documents and information contained in Sanofi's Motion to Compel are confidential to Genentech and therefore sealable.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- Exhibit J to the Davis Declaration, which consists of excerpts from Respondent Genentech's Statement of Rejoinder, filed in the parallel arbitration, ICC Case No. 15900/JHN, Hoechst GmbH (Germany) v. Genentech, Inc. (U.S.A.)
- Exhibit M to the Davis Declaration, which consists of excerpts from the transcript of the August 18, 2010 deposition of Lynne A. Krummen in this matter (designated "Highly Confidential – Attorneys' Eyes Only").

01731.51443/3669857.1

-1-   Case Nos. 08-cv-04909-SI, 09-cv-04919-SI
[PROPOSED] ORDER GRANTING SANOFI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

- Exhibit O to the Davis Declaration, which consists of excerpts of the transcript of the August 18, 2010 deposition of Amy Shen in this matter (designated "Highly Confidential – Attorneys' Eyes Only").
- The non-redacted version of Sanofi's Motion to Compel, which references confidential Genentech information contained in the above Exhibits at Page 3, lines 21-26; Page 7, line 1-3; and Page 8, lines 16-22.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
The Honorable ~~Susan Illston~~ Bernard Zimmerman
United States ~~District Court~~ Judge
Magistrate

01731.51443/3669857.1

-2-   Case Nos. 08-cv-04909-SI, 09-cv-04919-SI
[PROPOSED] ORDER GRANTING SANOFI'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL