Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>       Plaintiff,<br><br>   vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.,<br><br>       Defendants. | CASE NOS.  08-cv-4909-SI (BZ),<br>                       09-cv-4919-SI<br><br>STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT<br><br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Susan Illston<br>United States District Judge |

01731.51443/3680378.1

Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendant Genentech, Inc.<br><br>TOWNSEND, TOWNSEND & CREW LLP<br>  James G. Gilliland (Bar No. 107988)<br>  jggilliland@townsend.com<br>  David J. Tsai (Bar No. 244479)<br>  djtsai@townsend.com<br>  James D. Tario (Bar No. 257783)<br>  jdtario@townsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>  Anne M. Rogaski (Bar No. 184754)<br>  amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 | FOLEY HOAG LLP<br>  Donald R. Ware (*pro hac vice*)<br>  dware@foleyhoag.com<br>  Claire Laporte (*pro hac vice*)<br>  claporte@foleyhoag.com<br>  Jeremy A. Younkin<br>  jyounkin@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br><br>Attorneys for Defendant Biogen Idec Inc.<br><br>HARVEY SISKIND LLP<br>  D. Peter Harvey (Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Naomi Jane Gray<br>  ngray@harveysiskind.com<br>  Raffi V. Zerounian (Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>FITZPATRICK, CELLA, HARPER & SCINTO<br>  William E. Solander (admitted pro hac vice)<br>  wsolander@fchs.com<br>  Dominick A. Conde (admitted pro hac vice)<br>  dconde@fchs.com<br>  Peter D. Shapiro (admitted pro hac vice)<br>  pshapiro@fchs.com<br>  Joshua A. Davis (admitted pro hac vice)<br>   jdavis@fchs.com<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: 212-218-2100<br>Facsimile: 212-218-2200<br><br>Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |

01731.51443/3680378.1

2         Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR
DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi") and Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen") respectfully request that the Court enter the following stipulation regarding the briefing schedule for Defendants' Replies in support of their Motions for Summary Judgment.  The parties now AGREE AND STIPULATE to extend the deadline for Defendants to file their Replies from September 23, 2010 to September 30, 2010.

1.  Reason for the Request

In its Order Granting Sanofi's Motion To Adjourn Hearing for Defendants' Motions for Summary Judgment Under Local Rule 6-3, the Court reset the hearing of Defendants' Motions for Summary Judgment for October 26, 2010.  (D.N. 428.)  Defendants had initially noticed the hearing for the Motions for September 17, 2010.  The Court directed Sanofi to file its Oppositions to the Motions by September 16, 2010 and directed Defendants to file their Replies in Support of the Motions by September 23, 2010.

Defendants' Replies are due two days after the close of fact discovery, a critical juncture in this case.  Defendants' responses to Sanofi's latest requests for production and interrogatories are due on September 20, and Defendants have noticed depositions of third party fact witnesses for September 20 and 21.  Defendants therefore request a one-week extension to provide them adequate time in which to respond to Sanofi's Oppositions to the Motions for Summary Judgment. Defendants do not request any change in the hearing date.  The requested extension would leave 25 days between the submission of Defendants' replies in support of their motions for summary judgment and the hearing.

2.  Prior Time Modifications

The time for Sanofi to answer or otherwise respond to the Complaint was previously extended.  The briefing and hearing schedule for Motions to Dismiss for Lack of Jurisdiction brought by Sanofi and its former co-defendants was temporarily vacated.  The briefing and hearing schedule for Genentech's Motion To Disqualify McDonnell Boehnen Hulbert and Berghoff LLP was extended by four weeks.  The briefing and hearing schedule for Sanofi's Motion for Leave to Amend Its Pleadings and Infringement Contentions was previously extended by five weeks and then

01731.51443/3680378.1

3

Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

1  extended again by seven weeks.  The Markman hearing and tutorial were previously continued by
2  45 days.  The briefing and hearing schedule for Defendants' Motions for Summary Judgment was
3  previously extended, as described above.

     3.    <u>Effect of Requested Modification</u>

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

01731.51443/3680378.1

4    Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR
DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

DATED: September 16, 2010         HARVEY SISKIND LLP
                                  FITZPATRICK, CELLA, HARPER & SCINTO


                                  By /s/William E. Solander
                                     William E. Solander
                                     Attorneys for Plaintiff Sanofi-Aventis
                                     Deutschland GmbH


DATED: September 16, 2010         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By /s/Victoria F. Maroulis
                                     Victoria F. Maroulis
                                     Attorneys for Defendant Genentech, Inc.


DATED: September 16, 2010         TOWNSEND TOWNSEND AND CREW LLP
                                  FOLEY HOAG LLP


                                  By /s/Claire Laporte
                                     Claire Laporte
                                     Attorneys for Defendant Biogen Idec Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: September __, 2010         _____
                                  Susan Illston
                                  United States District Court Judge

01731.51443/3680378.1

5   Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR
DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

1

2       I, Victoria F. Maroulis, am the ECF User whose identification and password are being used
3   to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff
4   has concurred in this filing.

5

6

7   DATED:  September 16, 2010        QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP
8

9
                                         By  /s/Victoria F. Maroulis
10                                             Victoria F. Maroulis
                                            Attorneys for Defendant Genentech, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01731.51443/3680378.1

6      Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE FOR
DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT