UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>　　　　Defendant(s). | No. C08-4909 SI (BZ) |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>GENENTECH and BIOGEN IDEC INC.,<br><br>　　　　Defendants. | No. C09-4919 SI (BZ)<br><br>**NINTH DISCOVERY ORDER** |

　　　At the October 27, 2010 hearing the parties should be prepared to discuss this possible resolution of Sanofi's motion which the Court is considering:

　　　1.　The parties would agree on a neutral testing laboratory to conduct the proposed test. That laboratory would be appointed as a special master under Rule 53. The

1

testing protocol would be developed by the neutral laboratory.

2. If the test failed to disclose the presence of HCMV enhancers in the tested cells, Sanofi would agree to dismiss its claims against Avastin® with prejudice.

Dated: September 24, 2010

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\DISC ORD 9.wpd

2