**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6301**

WRITER'S INTERNET ADDRESS
**charlesverhoeven@quinnemanuel.com**

October 21, 2010

<u>VIA ECF</u>

Hon. Bernard Zimmerman
United States Magistrate Judge
U.S. District Court Northern District of
    California
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Sanofi-Aventis Deutschland GmbH v. Genentech, Inc. and Biogen Idec Inc., Nos. 08-cv-4909-SI (BZ) and 09-cv-4919-SI

Dear Judge Zimmerman:

On Monday, October 18th, Judge Illston rescheduled the hearing before her on Genentech's motion for summary judgment of non-infringement from October 26 to November 12, 2010. Genentech requests that Your Honor grant a concomitant extension of the hearing on the Avastin® discovery issue from October 27th to November 15th, or a date beyond November 12th.

Continuing the Avastin® discovery hearing would be in the parties' and the Court's interest because the November 12th summary judgment hearing before Judge Illston may be dispositive of this case.  In addition, Sanofi has requested relief under Rule 56(f), seeking to delay a ruling on summary judgment until after resolution of the Avastin® discovery dispute before Your Honor.  Sanofi's request will also be considered on November 12th.  Judge Illston's rulings or comments on Sanofi's Rule 56(f) request may prove useful, or dispositive, to the Avastin® discovery issues to be heard before Your Honor.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

Respectfully,

/s/ Charles K. Verhoeven

Charles K. Verhoeven

01731.51443/3738302.1



REQUEST DENIED.

DATED:10/22/10