UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>    Defendant(s). | No. C08-4909 SI (BZ) |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>GENENTECH and BIOGEN IDEC INC.,<br><br>    Defendants. | No. C09-4919 SI (BZ)<br><br>**TENTH DISCOVERY ORDER** |

With the concurrence of Judge Illston, **IT IS ORDERED** that Sanofi's motion to compel production for testing of a sample of the genomic material used to produce Avastin® is **GRANTED** on the following terms:

    1.    BioReliance is appointed, pursuant to Rule 53, as special master to test the genomic material for the presence

1

of the patented HCMV enhancer. Genentech shall provide a copy of this Order to BioReliance immediately and request BioReliance to notify the Court by November 15, 2010, if it declines the appointment.

2. In this matter, BioReliance will act as a neutral expert appointed by the Court. Sanofi and Genentech may each suggest testing protocols to BioReliance but the testing protocol it uses will be determined by BioReliance.

3. The Court expects BioReliance to develop the testing protocol within **15 days** after agreeing to serve as special master, to conduct the test as soon thereafter as possible and to issue its report within **15 days** of conducting the test. BioReliance shall submit its testing report directly to the Court with a copy to Sanofi and Genentech.

4. Genentech will produce the amount of genomic material BioReliance requires to conduct the test.

5. As stipulated by Sanofi in open court, if the test fails to disclose the presence of the HCMV enhancer in the tested material, Sanofi will dismiss its claims against Avastin® with prejudice.

6. The cost of the testing will be borne by Sanofi. If the test results disclose the presence of the HCMV enhancer, and Sanofi ultimately prevails in the litigation, it may seek to recover the cost under Rule 54(d).

7. BioReliance's testing, testing protocol and report shall be governed by the August 6, 2009 protective order, which BioReliance shall sign.

8. The parties shall meet by **November 2, 2010**

to prepare a proposed order of appointment under Rule 53(b), which shall be submitted to the Court by **November 4, 2010,** and to agree on any administrative or logistical matters necessary to implement this Order.

Dated: October 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\DISC ORD 10.wpd