1  Counsel Listed on Following Page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

13  SANOFI-AVENTIS DEUTSCHLAND          CASE NOS.  C 08-4909 SI (BZ)
    GMBH,                                          C 09-4919 SI
14

15            Plaintiff,
                                        STIPULATION AND [PROPOSED] ORDER
16       vs.                            CONTINUING ADR DEADLINE

17  GENENTECH, INC. and BIOGEN IDEC     [Civil L.R. 6-1, 6-2]
    INC.,
18                                      Honorable Susan Illston
              Defendants.               United States District Judge
19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendant Genentech, Inc.<br><br>TOWNSEND, TOWNSEND & CREW LLP<br>  James G. Gilliland (Bar No. 107988)<br>  jggilliland@townsend.com<br>  David J. Tsai (Bar No. 244479)<br>  djtsai@townsend.co<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>  Anne M. Rogaski (Bar No. 184754)<br>  amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 | FOLEY HOAG LLP<br>  Donald R. Ware (*pro hac vice*)<br>  dware@foleyhoag.com<br>  Claire Laporte (*pro hac vice*)<br>  claporte@foleyhoag.com<br>  Jeremy A. Younkin<br>  jyounkin@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br><br>Attorneys for Defendant Biogen Idec Inc.<br><br>HARVEY SISKIND LLP<br>  D. Peter Harvey (Bar No. 55712)<br>  pharvey@harveysiskind.com<br>  Naomi Jane Gray<br>  ngray@harveysiskind.com<br>  Raffi V. Zerounian (Bar No. 236388)<br>  rzerounian@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>FITZPATRICK, CELLA, HARPER & SCINTO<br>  William E. Solander (admitted pro hac vice)<br>  wsolander@fchs.com<br>  Dominick A. Conde (admitted pro hac vice)<br>  dconde@fchs.com<br>  Peter D. Shapiro (admitted pro hac vice)<br>  pshapiro@fchs.com<br>  Joshua A. Davis (admitted pro hac vice)<br>   jdavis@fchs.com<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: 212-218-2100<br>Facsimile: 212-218-2200<br><br>Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |

-1-

1    Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Sanofi-Aventis Deutschland GmbH
2 ("Sanofi") and Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen")
3 respectfully request that the Court enter the following stipulation regarding the deadline for
4 conducting ADR.  The parties now AGREE AND STIPULATE to extend the deadline for the
5 parties to conduct an ADR from October 31, 2010 to January 31, 2011.

6    1.    Reason for the Request

7    In its Order Selecting ADR Process (D.N. 74), the Court directed the parties to conduct a
8 private ADR session 60 days after the entry of the Claim Construction Order.  The Court issued its
9 Claim Construction Order on June 23, 2010.  On August 4, the parties requested additional time to
10 select an appropriate mediator for this dispute, extending the deadline to conduct ADR to October
11 31, 2010.  The parties have agreed on a mediator, but due to the mediator's limited availability
12 through the end of 2010, the mediation will be scheduled to occur in January 2011.

13    2.    Prior Time Modifications

14    The time for Sanofi to answer or otherwise respond to the Complaint was previously
15 extended. The briefing and hearing schedule for Motions to Dismiss for Lack of Jurisdiction brought
16 by Sanofi and its former co-defendants was temporarily vacated.  The briefing and hearing schedule
17 for Genentech's Motion To Disqualify McDonnell Boehnen Hulbert and Berghoff LLP was
18 extended by four weeks.  The briefing and hearing schedule for Sanofi's Motion for Leave to
19 Amend Its Pleadings and Infringement Contentions was previously extended by five weeks and then
20 extended again by seven weeks.  The Markman hearing and tutorial were previously continued by
21 45 days.  The date for Plaintiff's oppositions to Defendants' motions for summary judgment was
22 extended by approximately three weeks.  The date for Defendants' replies to Plaintiff's summary
23 judgment oppositions was extended by one week.  A previous extension of time to conduct ADR is
24 described above.

25    3.    Effect of Requested Modification

26    The requested modification will have no effect on the rest of the schedule in this action.
27    So Stipulated.

28

-2-

STIPULATION AND [PROPOSED] ORDER                                Case Nos. C 08-4909 SI (BZ)
CONTINUING ADR DEADLINE                                         C 09-4919 SI

DATED: October 27, 2010        HARVEY SISKIND LLP
                               FITZPATRICK, CELLA, HARPER & SCINTO


                               By      /s/
                                  William E. Solander
                                  Attorneys for Plaintiff
                                  Sanofi-Aventis Deutschland GmbH


DATED: October 27, 2010        QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP


                               By      /s/
                                  Victoria F. Maroulis
                                  Attorneys for Defendant Genentech, Inc.


DATED: October 27, 2010        TOWNSEND TOWNSEND AND CREW LLP
                               FOLEY HOAG LLP


                               By      /s/
                                  Claire Laporte
                                  Attorneys for Defendant Biogen Idec Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 11/01/10                _____
                               The Honorable Susan Illston
                               United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER                    Case Nos. C 08-4909 SI (BZ)
CONTINUING ADR DEADLINE                             C 09-4919 SI