UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>          Plaintiff,<br><br>     v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>          Defendants. | CASE NO. 08-cv-4909-SI (BZ)<br>CASE NO. 09-cv-4919-SI<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>**Hearings on Genentech's Motion for Summary Judgment, Biogen Idec's Motion for Summary Judgment, Sanofi's Motion to Amend, and Genentech's Motion to Strike**: November 12, 2010<br>**Time:** 9:00 a.m.<br>**Courtroom 10**<br>**The Honorable Susan Illston** |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | | |
|---|---|---|
| 1 | | |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| 3 | Charles K. Verhoeven (Bar No. 170151) | Donald R. Ware (*pro hac vice*) |
| | charlesverhoeven@quinnemanuel.com | dware@foleyhoag.com |
| 4 | 50 California Street, 22nd Floor | Claire Laporte (*pro hac vice*) |
| | San Francisco, California  94111 | claporte@foleyhoag.com |
| 5 | Telephone: (415) 875-6600 | Seaport World Trade Center West |
| | Facsimile: (415) 875-6700 | 155 Seaport Boulevard |
| 6 | | Boston, MA 02210-2600 |
| | Victoria F. Maroulis (Bar No. 202603) | Telephone: (617) 832-1180 |
| 7 | victoriamaroulis@quinnemanuel.com | Facsimile: (617) 832-7000 |
| | Gabriel S. Gross (Bar No. 254672) | |
| 8 | gabegross@quinnemanuel.com | Attorneys for Defendant Biogen Idec Inc. |

(The full listing continues as below.)

```
QUINN EMANUEL URQUHART &               FOLEY HOAG LLP
SULLIVAN, LLP                             Donald R. Ware (pro hac vice)
  Charles K. Verhoeven (Bar No. 170151)   dware@foleyhoag.com
  charlesverhoeven@quinnemanuel.com       Claire Laporte (pro hac vice)
50 California Street, 22nd Floor          claporte@foleyhoag.com
San Francisco, California  94111       Seaport World Trade Center West
Telephone: (415) 875-6600              155 Seaport Boulevard
Facsimile: (415) 875-6700              Boston, MA 02210-2600
                                       Telephone: (617) 832-1180
  Victoria F. Maroulis (Bar No. 202603)  Facsimile: (617) 832-7000
  victoriamaroulis@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)    Attorneys for Defendant Biogen Idec Inc.
  gabegross@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor      HARVEY SISKIND LLP
Redwood Shores, California  94065-2139   D. Peter Harvey (Bar No. 55712)
Telephone: (650) 801-5000                pharvey@harveysiskind.com
Facsimile: (650) 801-5100                Naomi Jane Gray (State Bar No. 230171)
                                         ngray@harveysiskind.com
Attorneys for Defendant Genentech, Inc.  Raffi V. Zerounian (Bar No. 236388)
                                         rzerounian@harveysiskind.com
TOWNSEND, TOWNSEND & CREW LLP          Four Embarcadero Center, 39th Floor
  James G. Gilliland (Bar No. 107988)  San Francisco, California 94111
  jggilliland@townsend.com             Telephone: (415) 354-0100
  David J. Tsai (Bar. No. 244479)      Facsimile: (415) 391-7124
  djtsai@townsend.com
Two Embarcadero Center, Eighth Floor   FITZPATRICK, CELLA, HARPER &
San Francisco, CA 94111                SCINTO
Telephone: (415) 576-0200                William E. Solander (admitted pro hac vice)
Facsimile: (415) 576-0300                wsolander@fchs.com
                                         Dominick A. Conde (admitted pro hac vice)
  Anne M. Rogaski (Bar No. 184754)       dconde@fchs.com
  amrogaski@townsend.com                 Peter D. Shapiro (admitted pro hac vice)
379 Lytton Avenue                        pshapiro@fchs.com
Palo Alto, CA 94301                      Joshua A. Davis (admitted pro hac vice)
Telephone: (650) 326-2400                jdavis@fchs.com
Facsimile: (650) 326-2422              1290 Avenue of the Americas
                                       New York, New York 10104
                                       Telephone: 212-218-2100
                                       Facsimile: 212-218-2200

                                       Attorneys for Plaintiff Sanofi-Aventis
                                       Deutschland GmbH
```

**IT IS HEREBY ORDERED**:

1. Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen Idec") and Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi"), and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, and various cables, cords and power strips and related equipment into the courtroom for use at the hearings on Genentech's Motion for Summary Judgment of Noninfringement, Biogen Idec's Motion for Summary Judgment of Invalidity, Sanofi's Motion to Amend Its Infringement Contentions, and Genentech's Motion to Strike on November 12, 2010 at 9:00 a.m.; and

2. Beginning at 12:00 p.m. on Wednesday, November 10, 2010 the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearings as scheduled.

Dated: _____

The Honorable Susan Illston
United States District Court Judge