UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>    Defendant(s). | No. C08-4909 SI (BZ) |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>GENENTECH and BIOGEN IDEC INC.,<br><br>    Defendants. | No. C09-4919 SI (BZ)<br><br>**ELEVENTH DISCOVERY ORDER** |

Sanofi's request to modify the Court's November 5, 2010 order is **GRANTED** to the extent that once Sanofi dismisses its claim against Avastin® with prejudice, then it may notify BioReliance that BioReliance is not required to submit the testing report specified in Paragraph 11 of the November 5,

///

1

1  2010 Order Appointing Special Master.

3  Dated: November 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GENENTECH\DISC ORD 11.wpd

2