| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>DAVID J. TSAI (State Bar No. 244479) |
| 3 | Two Embarcadero Center, Eighth Floor<br>San Francisco, CA  94111 |
| 4 | Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300 |
| 5 | Email: jgilliland@kilpatricktownsend.com<br>         dtsai@kilpatricktownsend.com |
| 6 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 7 | ANNE M. ROGASKI (State Bar No. 184754)<br>379 Lytton Avenue |
| 8 | Palo Alto, CA  94301<br>Telephone:  (650) 326-2400 |
| 9 | Facsimile:  (650) 326-2422<br>Email: arogaski@kilpatricktownsend.com |
| 10 | FOLEY HOAG LLP |
| 11 | DONALD R. WARE (Mass. Bar No. 516260) (*pro hac vice*)<br>CLAIRE LAPORTE (Mass. Bar No. 554979) (*pro hac vice*) |
| 12 | JEREMY A. YOUNKIN (Mass Bar No. 654047) (*pro hac vice*)<br>Seaport World Trade Center West |
| 13 | 155 Seaport Boulevard<br>Boston, MA 02210-2600 |
| 14 | Telephone:     (617) 832-1180<br>Facsimile:      (617) 832-7000 |
| 15 | Email: dware@foleyhoag.com<br>         claporte@foleyhoag.com |
| 16 |          jyounkin@foleyhoag.com |
| 17 | Attorneys for Defendant<br>BIOGEN IDEC INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH, | Case No. 3:08-cv-04909 SI<br>Case No. 4:09-cv-04919 SI |
| Plaintiff, | **NOTICE OF LAW FIRM NAME CHANGE** |
| v. | |
| GENENTECH, INC., and BIOGEN IDEC INC., | Complaint Filed:  October 27, 2008 |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:



NOTICE OF LAW FIRM NAME CHANGE
CASE NO. 3:08-CV-04909 SI AND CASE NO. 4:09-CV-04919 SI

1

1    PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of Townsend and

2 Townsend and Crew LLP, counsel for Defendant Biogen IDEC, Inc., in the above-entitled action,

3 combined with Kilpatrick Stockton LLP, and changed its name to Kilpatrick Townsend &

4 Stockton LLP.  All future reference to the firm in this matter should be to Kilpatrick Townsend &

5 Stockton LLP.  The new email addresses for each of the attorneys who have entered an appearance

6 in this case to date are identified with the attorneys' names in the above caption.  The firm's and

7 its attorney's addresses and telephone and facsimile numbers will remain the same.

8    DATED:  January 11, 2011        KILPATRICK TOWNSEND & STOCKTON LLP
                                     FOLEY HOAG LLP

                                     By:  /s/  Anne M. Rogaski
                                     TOWNSEND, TOWNSEND & CREW LLP
                                       James G. Gilliland (Bar No. 107988)
                                       jgilliland@kilpatricktownsend.com
                                       David J. Tsai (Bar No. 244479)
                                       dtsai@kilpatricktownsend.com
                                     Two Embarcadero Center, Eighth Floor
                                     San Francisco, CA 94111
                                     Telephone:    (415) 576-0200
                                     Facsimile:    (415) 576-0300

                                       Anne M. Rogaski (Bar No. 184754)
                                       arogaski@kilpatricktownsend.com
                                     379 Lytton Avenue
                                     Palo Alto, CA 94301
                                     Telephone:    (650) 326-2400
                                     Facsimile:    (650) 326-2422

                                     FOLEY HOAG LLP
                                       Donald R. Ware
                                       (Mass. Bar No: 516260) (pro hac vice)
                                       dware@foleyhoag.com
                                       Claire Laporte
                                       (Mass. Bar No: 554979) (pro hac vice)
                                       claporte@foleyhoag.com
                                       Jeremy A. Younkin
                                       (Mass Bar No. 654057) (pro hac vice)
                                       jyounkin@foleyhoag.com
                                     Seaport World Trade Center West
                                     155 Seaport Boulevard
                                     Boston, MA 02210-2600
                                     Telephone:    (617) 832-1180
                                     Facsimile:    (617) 832-7000

                                     Attorneys for Defendant Biogen Idec Inc.

28   63085764 v1

