# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>           Plaintiff,<br><br>      v.<br><br>GENENTECH, INC. AND BIOGEN IDEC INC.,<br><br>           Defendants. | CASE NO. 08-cv-4909-SI (BZ)<br>CASE NO. 09-cv-4919-SI<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>**Hearings on Defendants' Motion for Summary Judgment and Sanofi's Motions for Summary Judgment**: March 4, 2011<br>**Time:** 9:00 a.m.<br>**Courtroom 10**<br>**The Honorable Susan Illston** |

**COUNSEL LISTED ON FOLLOWING PAGE**

| | | |
|---|---|---|
| 1 | | |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| 3 |   Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com |   Donald R. Ware (*pro hac vice*)<br>  dware@foleyhoag.com |
| 4 | 50 California Street, 22nd Floor<br>San Francisco, California 94111 |   Claire Laporte (*pro hac vice*)<br>  claporte@foleyhoag.com |
| 5 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Seaport World Trade Center West<br>155 Seaport Boulevard |
| 6 | | Boston, MA 02210-2600 |
| 7 |   Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com | Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000 |
| 8 |   Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com | Attorneys for Defendant Biogen Idec Inc. |
| 9 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139 | HARVEY SISKIND LLP |
| 10 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |   D. Peter Harvey (Bar No. 55712)<br>  pharvey@harveysiskind.com |
| 11 | Attorneys for Defendant Genentech, Inc. |   Naomi Jane Gray (State Bar No. 230171)<br>  ngray@harveysiskind.com |
| 12 | KILPATRICK TOWNSEND & STOCKTON LLP | Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111 |
| 13 |   James G. Gilliland (Bar No. 107988) | Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124 |
| 14 |   Jgilliland@kilpatricktownsend.com<br>Two Embarcadero Center, Eighth Floor | FITZPATRICK, CELLA, HARPER & |
| 15 | San Francisco, CA 94111<br>Telephone: (415) 576-0200 | SCINTO<br>  William E. Solander (admitted pro hac vice) |
| 16 | Facsimile: (415) 576-0300 |   wsolander@fchs.com<br>  Dominick A. Conde (admitted pro hac vice) |
| 17 |   Anne M. Rogaski (Bar No. 184754) |   dconde@fchs.com<br>  Peter D. Shapiro (admitted pro hac vice) |
| 18 |   Arogaski@kilpatricktownsend.com<br>379 Lytton Avenue |   pshapiro@fchs.com<br>  Joshua A. Davis (admitted pro hac vice) |
| 19 | Palo Alto, CA 94301<br>Telephone: (650) 326-2400 |   jdavis@fchs.com<br>1290 Avenue of the Americas |
| 20 | Facsimile: (650) 326-2422 | New York, New York 10104<br>Telephone: 212-218-2100 |
| 21 | | Facsimile: 212-218-2200 |
| 22 | | Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS HEREBY ORDERED**:

1. Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen Idec") and Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi"), and their attorneys, paralegals, assistants and consultants (the "parties") may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, and various cables, cords and power strips and related equipment into the courtroom for use at the hearings on Defendants' Motion for Summary Judgment of U.S. Patent No. 6,218,140 as Anticipated or Obvious and U.S. Patent No. 5,849,522 as Obvious; Sanofi's Motion for Summary Judgment of No Inequitable Conduct; and Sanofi's Motion for Summary Judgment of No Invalidity Under 35 U.S.C. § 102(g) at 9:00 a.m. on Friday, March 4, 2011; and

2. Beginning at 12:00 p.m. on Thursday, March 3, 2011 the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearings as scheduled.

Dated: 2/28/11

_____
The Honorable Susan Illston
United States District Court Judge