

# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

WILLIAM E. SOLANDER
wsolander@fchs.com
212-218-2203

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200



March 1, 2011

BY ELECTRONIC FILING

The Honorable Susan Illston
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, California 94102

Re: *Sanofi-Aventis Deutschland GmbH v. Genentech, Inc. et al.*,
Nos. 08-cv-4909-SI (BZ), 09-cv-4919-SI - Case Schedule

Dear Judge Illston,

At the suggestion of Ms. Forakis, I write on behalf of all parties in the above matter concerning the Case Management Conference that Your Honor set for March 11.

Lead counsel for Genentech and Sanofi have conflicts on that date (an appearance in another matter and travel to Denmark respectively). Counsel for all parties will be in San Francisco for oral argument on pending summary judgment motions this Friday, March 4. We respectfully request that, if possible, the Court hold the status conference that day. If that date is inconvenient, we request that the status conference be postponed to Friday, March 18 or Friday, March 25, and that counsel whose offices are on the East Coast be permitted to participate by telephone.

Respectfully submitted,

/s/ William E. Solander

I, D. Peter Harvey, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that William E. Solander has concurred in this filing.

                                                              /s/ D. Peter Harvey

FCHS_WS 6176710v1.doc