IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., *et al.*, | No. C 08-4909 SI; No. C 09-4919 SI |
| Plaintiffs, | **FINAL JUDGMENT AND CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| v. | |
| SANOFI-AVENTIS DEUTSCHLAND GMBH, | |
| Defendant. | |

Finding that there is no just reason for delay, and pursuant to Federal Rule of Civil Procedure 54(b), the Court enters final judgment of non-infringement of the patents-in-suit as to Rituxan® and Avastin® in favor of Genentech and Biogen Idec. and against Sanofi-Aventis Deutschland GMBH. This is a final, appealable judgment.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 21, 2011

SUSAN ILLSTON
United States District Judge