1  Counsel Listed on Following Page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12

| 13 | SANOFI-AVENTIS DEUTSCHLAND GMBH, | CASE NOS. 08-cv-4909-SI (BZ), 09-cv-4919-SI |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS |
| 16 | vs. | |
| 17 | GENENTECH, INC. and BIOGEN IDEC INC., | |
| 18 | Defendants. | [Civil L.R. 6-1, 6-2] |
| 19 | | Honorable Susan Illston United States District Judge |

01731.51443/4118152.1

Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON
PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>   Charles K. Verhoeven (Bar No. 170151)<br>   charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>   Victoria F. Maroulis (Bar No. 202603)<br>   victoriamaroulis@quinnemanuel.com<br>   Gabriel S. Gross (Bar No. 254672)<br>   gabegross@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Defendant Genentech, Inc.<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>   James G. Gilliland (Bar No. 107988)<br>   jgilliland@kilpatricktownsend.com<br> Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>   Anne M. Rogaski (Bar No. 184754)<br>   arogaski@kilpatricktownsend.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422 | FOLEY HOAG LLP<br>   Donald R. Ware (*pro hac vice*)<br>   dware@foleyhoag.com<br>   Claire Laporte (*pro hac vice*)<br>   claporte@foleyhoag.com<br>   Jeremy A. Younkin (*pro hac vice*)<br>   jyounkin@foleyhoag.com<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000<br><br>Attorneys for Defendant Biogen Idec Inc.<br><br>HARVEY SISKIND LLP<br>   D. Peter Harvey (Bar No. 55712)<br>   pharvey@harveysiskind.com<br>   Naomi Jane Gray (Bar No. 230171)<br>   ngray@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>FITZPATRICK, CELLA, HARPER & SCINTO<br>   William E. Solander (admitted pro hac vice)<br>   wsolander@fchs.com<br>   Dominick A. Conde (admitted pro hac vice)<br>   dconde@fchs.com<br>   Peter D. Shapiro (admitted pro hac vice)<br>   pshapiro@fchs.com<br>   Joshua A. Davis (admitted pro hac vice)<br>    jdavis@fchs.com<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: 212-218-2100<br>Facsimile: 212-218-2200<br><br>Attorneys for Plaintiff Sanofi-Aventis Deutschland GmbH |

01731.51443/4118152.1

2   Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON
PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Sanofi-Aventis Deutschland GmbH ("Sanofi") and Defendants Genentech, Inc. ("Genentech") and Biogen Idec Inc. ("Biogen") respectfully request that the Court enter the following stipulation regarding proceedings on costs, attorneys' fees, and sanctions. The parties now AGREE AND STIPULATE to enlarge time on these proceedings until after disposition of both Sanofi's appeal of this Court's final judgment of non-infringement and Defendants' counterclaims of invalidity and unenforceability.

1. <u>Reason for the Request</u>

On April 21, 2011, the Court granted Sanofi's motion for entry of final judgment of non-infringement as to Rituxan® and Avastin® under Federal Rule of Civil Procedure 54(b). (D.N. 621.) The Court stayed further proceedings, including Defendants' counterclaims of invalidity and unenforceability, pending the outcome of any appeal of the Court's final judgment of non-infringement. (<u>Id.</u>) Under Civil Local Rule 54-1, Defendants must file a bill of costs within 14 days of the Court's entry of final judgment, or by May 5, 2011. Under Civil Local Rule 54-5, motions for awards of attorneys' fees are also due within 14 days of entry of judgment. Under Civil Local Rule 7-8(d), motions for sanctions also must be filed within 14 days of entry of judgment. The parties now seek to stay these proceedings on costs and fees, as well as any proceedings on sanctions under Fed. R. Civ. P. 11 and Civil Local Rule 7-8(d) and on whether this is an "exceptional case" under 35 U.S.C. § 285, until after disposition of Sanofi's appeal of this Court's final judgment of non-infringement and Defendants' counterclaims of invalidity and unenforceability. An order staying these proceedings will conserve judicial resources in the event that any aspect of the Court's Rule 54(b) judgment is reversed and remanded on appeal and because further proceedings on Defendants' pending counterclaims are required.

2. <u>Prior Time Modifications</u>

The time for Sanofi to answer or otherwise respond to the Complaint was previously extended. The briefing and hearing schedule for Motions to Dismiss for Lack of Jurisdiction brought by Sanofi and its former co-defendants was temporarily vacated. The briefing and hearing schedule for Genentech's Motion To Disqualify McDonnell Boehnen Hulbert and Berghoff LLP was extended by four weeks. The briefing and hearing schedule for Sanofi's Motion for Leave to

01731.51443/4118152.1

3   Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON
PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS

Amend Its Pleadings and Infringement Contentions was previously extended by five weeks and then extended again by seven weeks. The Markman hearing and tutorial were previously continued by 45 days. The date for Sanofi's oppositions to Defendants' motions for summary judgment was extended by approximately three weeks. The date for Defendants' replies to Sanofi's summary judgment oppositions was extended by one week. The deadline to conduct ADR was originally extended by about 40 days. The deadline for conducting ADR was again extended by two months. The schedule for the Further Case Management Conference was previously vacated and rescheduled for five weeks later and then extended again by two weeks. The hearing schedule for the Motion for Summary Judgment, Motion for Summary Judgment of Invalidity for Lack of Written Description, Motion to Compel, Motion to Amend/Correct Infringement Contentions, and Motion to Strike was extended by two weeks. The deadline for filing dispositive motions was extended three weeks and the deadline for the last day on which dispositive motions could be heard was extended four weeks. The Court expedited the schedule for considering Sanofi's Motion for Entry of Final Judgment by two weeks.

      3.    <u>Effect of Requested Modification</u>

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

01731.51443/4118152.1

4    Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS

| | | |
|---|---|---|
| 1 | DATED: April 29, 2011 | HARVEY SISKIND LLP |
| 2 | | FITZPATRICK, CELLA, HARPER & SCINTO |

By s/ William E. Solander
William E. Solander
Attorneys for Plaintiff Sanofi-Aventis
Deutschland GmbH

DATED: April 29, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By s/ Victoria F. Maroulis
Victoria F. Maroulis
Attorneys for Defendant Genentech, Inc.

DATED: April 29, 2011    TOWNSEND TOWNSEND AND CREW LLP
FOLEY HOAG LLP

By s/ Claire Laporte
Claire Laporte
Attorneys for Defendant Biogen Idec Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 2, 2010    _____
Susan Illston
United States District Court Judge

01731.51443/4118152.1

5    Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON
PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS

1

2    I, Victoria F. Maroulis, am the ECF User whose identification and password are being used
3 to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Plaintiff
4 has concurred in this filing.

5

6

7 DATED:  April 29, 2011              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
8

9
                                      By  s/ Victoria F. Maroulis
10                                       Victoria F. Maroulis
                                         Attorneys for Defendant Genentech, Inc.
11

01731.51443/4118152.1

6   Case Nos. 08-cv-4909-SI (BZ); 09-cv-4919-SI
STIPULATION AND [PROPOSED] ORDER ENLARGING TIME ON
PROCEEDINGS ON COSTS, ATTORNEYS' FEES, AND SANCTIONS