1  Counsel Listed on Following Page

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| 14  SANOFI-AVENTIS DEUTSCHLAND, GMBH, | CASE NOS.   08-cv-4909-SI (BZ), 09-cv-4919-SI |
| 15 | |
| 16  Plaintiff and Counterclaim-Defendant, | [~~PROPOSED~~] ORDER DENYING SANOFI'S ADMINISTRATIVE MOTION TO HAVE DOCUMENT DESIGNATED AS PART OF APPELLATE RECORD |
| 17  vs. | |
| 18  GENENTECH, INC. and BIOGEN IDEC INC., | |
| 19  Defendants and Counterclaimants. | **Honorable Susan Illston** **United States District Judge** |
| 20 | |

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 |   Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com |   James G. Gilliland (Bar No. 107988)<br>  jgilliland@kilpatricktownsend.com |
| 3 | 50 California Street, 22nd Floor<br>San Francisco, California  94111 |   Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 5 | | |
| 6 |   Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com |   Anne M. Rogaski (Bar No. 184754) |
| 7 |   Gabriel S. Gross (Bar No. 254672)<br>  gabegross@quinnemanuel.com |   arogaski@kilpatricktownsend.com<br>379 Lytton Avenue |
| 8 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139 | Palo Alto, CA 94301<br>Telephone: (650) 326-2400 |
| 9 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 | Facsimile: (650) 326-2422 |
| 10 | Attorneys for Defendant<br>and Counterclaimant Genentech, Inc. | FOLEY HOAG LLP |
| 11 | |   Donald R. Ware (*pro hac vice*)<br>  dware@foleyhoag.com |
| 12 | |   Claire Laporte (*pro hac vice*)<br>  claporte@foleyhoag.com |
| 13 | |   Jeremy A. Younkin<br>  jyounkin@foleyhoag.com |
| 14 | | Seaport World Trade Center West |
| 15 | | 155 Seaport Boulevard<br>Boston, MA 02210-2600 |
| 16 | | Telephone: (617) 832-1180<br>Facsimile: (617) 832-7000 |
| 17 | | |
| 18 | | Attorneys for Defendant<br>and Counterclaimant Biogen Idec Inc. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

Having considered Sanofi's Administrative Motion To Have Document Designated as Part of Appellate Record (the "Motion"), all declarations cited therein, and all pleadings and other papers in support thereof; and the Opposition filed by Defendants, all declarations cited therein, and all pleadings and other papers in support thereof; and any further argument or evidence presented by the parties; the Court concludes that good cause does not exist for Sanofi's Motion. The Court therefore DENIES Sanofi's Motion.

**IT IS SO ORDERED.**

Dated: May 17, 2011

_____
The Honorable Susan Illston
United States District Court Judge