UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANOFI-AVENTIS DEUTSCHLAND GMBH,<br><br>Plaintiff and Counterclaim – Defendant,<br><br>vs.<br><br>GENENTECH, INC. and BIOGEN IDEC INC.<br><br>Defendants and Counterclaimants. | CASE NO. 08-cv-04909-SI (BZ)<br>CASE NO. 09-cv-04919-SI<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL GENENTECH, INC.'S OPPOSITION TO SANOFI'S MOTION TO COMPEL PRODUCTION OF AVASTIN® SAMPLES AND SUPPORTING DOCUMENTS THERETO<br><br>**Honorable Bernard Zimmerman**<br>**United States Magistrate Judge** |

**COUNSEL LISTED ON FOLLOWING PAGE**

Case Nos. 08-cv-04909-SI (BZ), 09-cv-04919-SI
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL

```
 1
 2  QUINN EMANUEL URQUHART &              FOLEY HOAG LLP
    SULLIVAN, LLP                           Donald R. Ware (pro hac vice)
       Charles K. Verhoeven (Bar No. 170151) dware@foleyhoag.com
 3     charlesverhoeven@quinnemanuel.com     Claire Laporte (pro hac vice)
    50 California Street, 22nd Floor         claporte@foleyhoag.com
 4  San Francisco, California  94111         Jeremy A. Younkin
    Telephone: (415) 875-6600                jyounkin@foleyhoag.com
 5  Facsimile: (415) 875-6700              Seaport World Trade Center West
                                           155 Seaport Boulevard
 6     Victoria F. Maroulis (Bar No. 202603) Boston, MA 02210-2600
       victoriamaroulis@quinnemanuel.com   Telephone: (617) 832-1180
 7     Gabriel S. Gross (Bar No. 254672)   Facsimile: (617) 832-7000
       gabegross@quinnemanuel.com
 8  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 9  Telephone: (650) 801-5000              Attorneys for Defendant Biogen Idec Inc.
    Facsimile: (650) 801-5100
10                                         HARVEY SISKIND LLP
    Attorneys for Defendant Genentech, Inc.   D. Peter Harvey (Bar No. 55712)
11                                            pharvey@harveysiskind.com
    TOWNSEND, TOWNSEND & CREW LLP             Naomi Jane Gray
12     James G. Gilliland (Bar No. 107988)    ngray@harveysiskind.com
       jggilliland@townsend.com               Raffi V. Zerounian (Bar No. 236388)
13     David J. Tsai (Bar No. 244479)         rzerounian@harveysiskind.com
       djtsai@townsend.com                 Four Embarcadero Center, 39th Floor
14     James D. Tario (Bar No. 257783)     San Francisco, California 94111
                                           Telephone: (415) 354-0100
15     jdtario@townsend.com                Facsimile: (415) 391-7124
    Two Embarcadero Center, Eighth Floor
16  San Francisco, CA 94111                FITZPATRICK, CELLA, HARPER &
    Telephone: (415) 576-0200              SCINTO
17  Facsimile: (415) 576-0300                 William E. Solander (admitted pro hac vice)
                                              wsolander@fchs.com
18                                            Dominick A. Conde (admitted pro hac vice)
       Anne M. Rogaski (Bar No. 184754)       dconde@fchs.com
19     amrogaski@townsend.com                 Peter D. Shapiro (admitted pro hac vice)
    379 Lytton Avenue                         pshapiro@fchs.com
20  Palo Alto, CA 94301                       Joshua A. Davis (admitted pro hac vice)
    Telephone: (650) 326-2400                 jdavis@fchs.com
21  Facsimile: (650) 326-2422              1290 Avenue of the Americas
                                           New York, New York 10104
22                                         Telephone: 212-218-2100
                                           Facsimile: 212-218-2200
23
                                           Attorneys for Plaintiff Sanofi-Aventis
24                                         Deutschland GmbH
25
26
27
28
01731.51443/3683470.1
                                       -2-    Case Nos. 08-cv-04909-SI (BZ), 09-cv-04919-SI
              STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL
```

1  Pursuant to Local Rule 79-5, the Court's Standing Order, and the Stipulated Protective
2  Order (D.N. 163), the parties hereby stipulate to the filing of the following under seal: (i)
3  information contained in Genentech's Opposition to Sanofi's Motion To Compel Production of
4  Avastin® Samples designated by the party producing such information as "Confidential," "Highly
5  Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only –
6  Restricted," or "Confidential – Outside Counsel's Eyes Only"; and (ii) documents supporting
7  Genentech's Opposition and designated by the party producing such documents as "Confidential,"
8  "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only –
9  Restricted," or "Confidential – Outside Counsel's Eyes Only."

10  Genentech's Opposition to Sanofi's Motion To Compel and supporting documents thereto
11  contain information sensitive and confidential to the parties. Accordingly, the parties request that
12  the Court order that the identified portions of Genentech's Opposition to Sanofi's Motion To
13  Compel and the confidential supporting documents thereto be filed under seal.

DATED: September 20, 2010              QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By /s/ Victoria F. Maroulis
                                          Victoria F. Maroulis
                                          Attorneys for Defendant
                                          Genentech, Inc.

DATED: September 20, 2010              FOLEY HOAG LLP

                                       By /s/ Claire Laporte
                                          Claire Laporte
                                          Attorneys for Defendant
                                          Biogen Idec Inc.

1 | DATED: September 20, 2010          FITZPATRICK, CELLA, HARPER & SCINTO

          By /s/ Joshua A. Davis
             Joshua A. Davis
             Attorneys for Plaintiff
             Sanofi-Aventis Deutschland GmbH

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and with good cause appearing, the Court GRANTS the parties leave to file under seal:

- (i) information contained in Genentech's Opposition to Sanofi's Motion To Compel Production of Avastin® Samples (the "Opposition") designated by the party producing such information as "Confidential," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only – Restricted," or "Confidential – Outside Counsel's Eyes Only"; and
- (ii) documents supporting Genentech's Opposition and designated by the party producing such documents as "Confidential," "Highly Confidential – Attorneys' Eyes Only," "Highly Confidential – Attorneys' Eyes Only – Restricted," or "Confidential – Outside Counsel's Eyes Only."

**IT IS SO ORDERED.**

21 June 2011
~~October __, 2010~~

The Honorable Bernard Zimmerman
United States Magistrate Judge

1  I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file
2  this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Sanofi-Aventis
3  Deutschland GmbH and counsel for Biogen Idec Inc. concurred in this filing.

DATED: September 20, 2010         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By /s/ Victoria F. Maroulis
                                     Victoria F. Maroulis
                                     Attorneys for Defendant Genentech, Inc.

01731.51443/3683470.1

-6-         Case Nos. 08-cv-04909-SI (BZ), 09-cv-04919-SI
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL